# EXHIBIT B

Case 2:21-cv-04796-SB-AGR   Document 1-2   Filed 06/11/21   Page 2 of 38   Page ID #:49

US008536832B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 8,536,832 B2**

Navid　　(45) **Date of Patent:**　　*****Sep. 17, 2013**

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(75) Inventor: **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee: **Nyko Technologies, Inc.**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/417,147**

(22) Filed: **Mar. 9, 2012**

(65) **Prior Publication Data**

US 2012/0169286 A1　　Jul. 5, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/044,295, filed on Mar. 7, 2008, now Pat. No. 8,143,848, which is a continuation-in-part of application No. 11/581,137, filed on Oct. 13, 2006, now abandoned.

(60) Provisional application No. 60/982,364, filed on Oct. 24, 2007.

(51) **Int. Cl.**
　　*H02J 7/00*　　　(2006.01)
(52) **U.S. Cl.**
　　USPC ......................................... **320/113**; 320/115
(58) **Field of Classification Search**
　　USPC ........................................................ 320/113
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D241,555 | S | 9/1976 | Goldman et al. |
| 4,288,733 | A | 9/1981 | Bilanceri et al. |
| D278,426 | S | 4/1985 | Lanci et al. |
| 4,641,077 | A | 2/1987 | Pascaloff |
| 5,028,859 | A | 7/1991 | Johnson et al. |
| 5,059,885 | A | 10/1991 | Weiss et al. |
| 5,124,532 | A | 6/1992 | Hafey et al. |
| 5,187,422 | A | 2/1993 | Izenbaard et al. |
| 5,229,701 | A | 7/1993 | Leman et al. |
| 5,317,691 | A | 5/1994 | Traeger |
| 5,327,067 | A | 7/1994 | Scholder |
| D349,485 | S | 8/1994 | Richards et al. |
| 5,547,399 | A | 8/1996 | Naghi et al. |
| 5,594,314 | A | 1/1997 | Hagiuda et al. |
| 5,656,914 | A | 8/1997 | Nagele et al. |
| 5,661,391 | A | 8/1997 | Ito et al. |
| 5,689,171 | A | 11/1997 | Ludewig |
| 5,734,253 | A | 3/1998 | Brake et al. |
| 5,734,254 | A | 3/1998 | Stephens |
| 5,828,966 | A | 10/1998 | Davis et al. |
| 5,847,545 | A | 12/1998 | Chen et al. |
| D414,180 | S | 9/1999 | Waldner |
| 6,018,227 | A | 1/2000 | Kumar et al. |
| 6,061,261 | A | 5/2000 | Chen et al. |
| 6,204,632 | B1 | 3/2001 | Nierescher et al. |
| D444,472 | S | 7/2001 | Russell et al. |

| | | | |
|---|---|---|---|
| 6,313,604 | B1 | 11/2001 | Chen |
| 6,321,340 | B1 | 11/2001 | Shin et al. |
| 6,329,786 | B1 * | 12/2001 | Ono ............................... 320/113 |
| 6,362,987 | B1 | 3/2002 | Yurek et al. |
| 6,424,525 | B1 | 7/2002 | MacLeod et al. |
| D461,814 | S | 8/2002 | Felix et al. |
| 6,459,882 | B1 | 10/2002 | Palermo et al. |
| D465,523 | S | 11/2002 | Hussaini et al. |
| D469,439 | S | 1/2003 | Bradley |
| 6,522,104 | B1 | 2/2003 | Drori |
| 6,560,102 | B1 | 5/2003 | Tong et al. |
| D476,659 | S | 7/2003 | Ying et al. |
| 6,597,152 | B1 | 7/2003 | Jacobs et al. |
| 6,614,206 | B1 | 9/2003 | Wong et al. |
| 6,632,098 | B1 | 10/2003 | Wong et al. |
| 6,669,513 | B2 | 12/2003 | Huang |
| D489,322 | S | 5/2004 | Sawai et al. |
| 6,752,514 | B2 | 6/2004 | Parker |
| 6,765,366 | B2 | 7/2004 | Maggert et al. |
| 6,790,062 | B1 | 9/2004 | Liao |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 2007/078312 A1 | 7/2007 |
| WO | WO 2009/038713 A1 | 3/2009 |

OTHER PUBLICATIONS

Report on the Filing of Determination of an Action Regarding a Patent or Trademark, *Nyko Technologies, Inc·* vs. *Energizer Holdings, Inc. et. al·*, CV12-03001-GAF(VBKx), 1 page.

Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary Injunction Should Not Issue Memorandum of Points and Authorities in Support thereof, *Nyko Technologies, Inc·* vs. *Energizer Holdings, Inc. et. al·*, CV12-03001-GAF(VBKx), May 10, 2012, 28 pages.

[Proposed] Order Granting Plaintiffs Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show re Preliminary Injuction, *Nyko Technologies, Inc·* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 4 pages.

Civil Minutes—General, Order re: Temporary Restraining Order, *Nyko Technologies, Inc·* vs. *Energizer Holdings, Inc. et. al·*, CV12-03001-GAF(VBKx), May 11, 2012, 1 page.

International Search Report, International Application No. PCT/US 06/40118, Dated Nov. 28, 2007.

International Search Report, Transmittal and Written Opinion dated Dec. 29, 2008, Application No. PCT/US 08/81004, Nyko Technologies, Inc.

(Continued)

*Primary Examiner* — Arun Williams

(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57)　　　　**ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.

**16 Claims, 23 Drawing Sheets**

**US 8,536,832 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,811,444 | B2 | 11/2004 | Geyer |
| 6,812,971 | B2 | 11/2004 | Terane |
| 6,842,356 | B2 | 1/2005 | Hsu |
| D508,916 | S | 8/2005 | Lee |
| D509,788 | S | 9/2005 | Schlieffers et al. |
| D510,562 | S | 10/2005 | Lodato et al. |
| D511,520 | S | 11/2005 | Hussaini et al. |
| 6,991,483 | B1 | 1/2006 | Milan et al. |
| 6,992,462 | B1 | 1/2006 | Hussaini et al. |
| D519,921 | S | 5/2006 | Claxton et al. |
| D520,447 | S | 5/2006 | Liu |
| 7,054,177 | B2 | 5/2006 | Wu |
| D526,995 | S | 8/2006 | Claxton et al. |
| D530,667 | S | 10/2006 | Viduya et al. |
| 7,140,922 | B2 | 11/2006 | Luu et al. |
| 7,151,357 | B2 | 12/2006 | Xian et al. |
| 7,254,366 | B2 | 8/2007 | Palermo et al. |
| D555,589 | S | 11/2007 | Hussaini et al. |
| D559,484 | S | 1/2008 | Fjellman |
| D562,230 | S | 2/2008 | Houghton |
| D563,315 | S | 3/2008 | Kingston et al. |
| 7,535,195 | B1 | 5/2009 | Horovitz et al. |
| 7,659,696 | B2 * | 2/2010 | Zeiler et al. .................. 320/115 |
| 7,705,559 | B2 | 4/2010 | Powell et al. |
| 7,750,599 | B2 | 7/2010 | Kaji et al. |
| 7,772,802 | B2 | 8/2010 | Manico et al. |
| 7,775,884 | B1 | 8/2010 | McCauley |
| 7,816,886 | B2 * | 10/2010 | Brandon et al. ............. 320/110 |
| 7,863,860 | B2 | 1/2011 | Lin |
| 7,942,747 | B2 | 5/2011 | Cole |
| 2002/0115480 | A1 | 8/2002 | Huang |
| 2003/0216069 | A1 | 11/2003 | Huang |
| 2004/0189250 | A1 | 9/2004 | Nishida |
| 2004/0218411 | A1 | 11/2004 | Luu et al. |
| 2004/0259436 | A1 | 12/2004 | Su |
| 2005/0007065 | A1 | 1/2005 | Freas et al. |
| 2005/0189914 | A1 | 9/2005 | Esses |
| 2006/0080476 | A1 | 4/2006 | Wang et al. |
| 2006/0202660 | A1 | 9/2006 | Chang |
| 2007/0021209 | A1 | 1/2007 | Hussaini et al. |
| 2007/0039755 | A1 | 2/2007 | Mori et al. |
| 2007/0090788 | A1 | 4/2007 | Hansford et al. |
| 2007/0091656 | A1 | 4/2007 | Navid et al. |
| 2007/0216352 | A1 | 9/2007 | Shaddle |
| 2007/0244471 | A1 | 10/2007 | Malackowski |
| 2007/0278999 | A1 | 12/2007 | Hsia |
| 2007/0279852 | A1 | 12/2007 | Daniel et al. |
| 2008/0015017 | A1 * | 1/2008 | Ashida et al. .................. 463/37 |
| 2008/0064500 | A1 | 3/2008 | Satsukawa et al. |
| 2008/0164845 | A1 | 7/2008 | Choi |
| 2008/0180060 | A1 | 7/2008 | Odell et al. |
| 2009/0072782 | A1 | 3/2009 | Randall |
| 2009/0072784 | A1 | 3/2009 | Erickson |
| 2009/0096413 | A1 | 4/2009 | Partovi et al. |
| 2009/0224723 | A1 | 9/2009 | Tanabe |
| 2012/0169286 | A1 | 7/2012 | Navid |

OTHER PUBLICATIONS

European Search Report for European Application No. 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated Oct. 22, 2010 and mailed Oct. 29, 2010 (6 pgs).
Complaint for Patent Infringement, Demand for Jury Trial, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 41 pages.
Certification and Notice of Interested Parties, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 1 page.
Corporate Disclosure Statement, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 1 page.
Notice of Related Cases, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 1 page.
Report on the Filing of Determination of an Action Regarding a Patent or Trademark, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), 1 page, 2012.

Notice to Parties of Court-Directed ADR Program, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 2 pages.
Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary Injunction Should Not Issue Memorandum of Points and Authorities in Support thereof, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CVI2-03001-GAF(VBKx), May 10, 2012, 28 pages.
[Proposed] Order Granting Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show re Preliminary Injuction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 4 pages.
Notice to Counsel of Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause why Preliminary Injunction Should not Issue, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 3 pages.
Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 73 pages.
Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 19 pages.
Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012,, 6 pages.
Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 5 pages.
Civil Minutes—General, Order re: Temporary Restraining Order, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CVI2-03001-GAF(VBKx), May 11, 2012, 1 page.
Defendant's Opposition to Ex Parte Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 31 pages.
Declaration of Thomas Roberts in Support of Defendants' Opposition to Application for TRO and Exhibits A-C, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 17 pages.
Declaration of William Orte in Support of Defendants' Opposition to Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 3 pages.
Declaration of Steven M. Hanle in Support of Defendants' Opposition to Application for TRO with Exhibits D-V, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 340 pages.
Defendants' Evidentiary Objections to Declaration of Chris Arbogast (DE 12), *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 11 pages.
Notice of Errata re Defendants' Opposition to Ex Parte Application for TRO and Exhibits W-Y, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 16, 2012, 31 pages.
Reply in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 20 pages.
Supplemental Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction and Exhibits A-E, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 15 pages.
Supplemental Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction and Exhibits A-D,

*Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 17 pages.
Notice of Lodging of Demonstrative Exhibits in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 51 pages.
Supplemental Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction and Exhibit A, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 7 pages.
Motion to Strike Plaintiff's Reply in Support of Ex Parte Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 4 pages.
Performance Designed Products LLC's Notice of Interested Parties, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Energizer Holdings, Inc.'s Notice of Interested Parties, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Performance Designed Products LLC's Federal Rule of Civil Procedure 7.1 Disclosure Statement, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Energizer Holdings, Inc.'s Federal Rule of Civil Procedure 7.1 Disclosure Statement, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Notice of Errata, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 18, 2012, 6 pages.
Supplemental Declaration of Steven M. Hanle in Support of Defendants' Opposition to Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 29, 2012, 7 pages.
Declaration of Jesse A. Salen in Support of Defendants' Opposition to Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 29, 2012, 67 pages.
Civil Minutes—General, Motion Hearing (Held and Completed), *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 29, 2012, 1 page.
Third Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 11 pages.
Plaintiff's Objections to Photographic Exhibits Attached to the Declaration of Jesse A. Salen, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 6 pages.
First Supplemental Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 3 pages.
Declaration of Russell Herring in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 18 pages.
Supplemental Reply in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injuction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 6 pages.
Notice of May 30, 2012 Decision by Court of Appeals for the Federal Circuit in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 31, 2012, 22 pages.
Objection to Supplemental Filings by Plaintiff in Support of Temporary Restraining Order, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 31, 2012, 2 pages.

Civil Minutes—General, Order Re: Ex Parte Application for a Temporary Restraining Order, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Jun. 1, 2012, 13 pages.
U.S. Appl. No. 60/749,932, filed Dec. 13, 2005, 6 pages.
Office action for U.S. Appl. No. 12/729,526, filed Mar. 23, 2010, inventor Amir Navid, and entitled "Video Game Controller Charging System", Office action mailed Sep. 13, 2012 (12 pgs.).
Office action for U.S. Appl. No. 13/468,994, filed May 10, 2012 in the name of Amir Navid, and entitled "Video Game Controller Charging System Having a Docking Structure", Office action mailed Aug. 22, 2012 (18 pgs.).
Energizer Holdings, Inc. and Performance Designed Products LLC's Answer to Complaint for Patent Infringement, CV12-03001-GAF(VBKx), Jun. 15, 2012, 27 pages.
Morrison, David; Charging Scheme Lets Portables Climb Out of The Cradle; article; Dec. 9, 2002, Electronic Design.com; 3 pages.
Morrison, David; Charging Scheme Lets Portables Climb Out of The Cradle; article; Dec. 9, 2002, Electronic Design.com; 2 pages.
Casamassina, Matt; Controller Concepts: Charge Cradle—IGN; article; Oct. 4, 2005; IGN.com; 4 pages.
Kauffmann, Stéphane, Cordless Desktop LX 700; review; TomsHardware.com; Oct. 29, 2004; 4 pages.
Kauffmann, Stéphane, Saitek P3000Pad: Annual Review: Six Gamepads; review; TomsHardware.com; Oct. 24, 2003; 4 pages.
Erickson, Craig; Filing Receipt; Oct. 2, 2007; United States Patent and Trademark Office; and U.S. Appl. No. 60/994,263, filed Sep. 17, 2007, 26 pages.
Chartier, David; Charge your iPod, other devices wirelessly with Splashpad; weblog; TUAW.com; Oct. 10, 2005; 3 pages.
Electrical Safety Council; Joytech-Brand Wii Power Station; article; ESC.org; 2012; 2 pages.
Techcast Reviews; Joytech Wii Power Station; article; Techcastnetwork.com; May 2, 2007; 6 pages.
Logitech Mx700 Cordless Optical Mouse Setup; journal; Logitech.com; 2002; 24 pages.
Multiple Charger Instructions, Multiple Charger, Model CHG 1600; article; 2005, Williams Sound Corp.; 4 pages.
Chappell, Jennifer; Palm Addicts: The Socket Mobile Power Pack; Journal; PalmAddictypepad.com; Feb. 2006; 3 pages.
PS3 SIXAXIS Charging Station; weblog; Instructables.com; May 22, 2007; 6 pages.
PS3 SIXAXIS Charging Station; Instructables share what you make; weblog; Instructables.com; May 22, 2007; 7 pages.
Thrustmaster Rechargeable Wireless Dual Trigger 2-in-1 User Manual; Journal; 2005; Guillemot Corporation S.A.; 45 pages.
English User Guide 5 Bluetooth Wireless Headset; Journal; Bluetooth SIG, Inc. U.S.A.; 15 pages.
Berardini, César A.; Xbox 360 FAQs—Xbox; article; Teambox.com; Aug. 25, 2005; 6 pages.
*Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc.*, Case No. CV12-03001-GAF-VBK, Performance Designed Products LLC and Energizer Holdings, Inc.'s Initial Invalidity Contentions, Oct. 18, 2012, 622 pages (3 parts).
*Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc.*, Case No. CV12-03001-GAF-VBK, Defendants' First Supplemental Invalidity Contentions, Jan. 24, 2013, 378 pages (3 parts).
Charge Base PS3: Nyko's 4-port charging dock for SIXAXIS Controllers; QJ.net; Jan. 14, 2007; 5 pages.
Nyko Recharge Docks for PS3 and Wii Controllers; Technabob.com; Jan. 10, 2007; 16 pages.
Block, Gerry; Nyko Wii Charge Station Review; Rechargeable battery packs and cradle for the battery devouring Wiimote; IGN.com; Feb. 13, 2007; 6 pages.
Grant, Christopher; Nyko's rechargeable PS3 SIXAXIS and Wiimote docking stations; Engadget.com; Jan. 9, 2007; 2 pages.
Silwinski, Alexander; Nyko's Wii-chargeable station; Jan. 9, 2007; Joystiq.com; 1 page.
PS3 Friends fear no more!; X-Intelligence Krew; The-xik.blogspot.com; Jan. 15, 2007; 4 pages.
Kohler, Chris; You'll Get a "Charge" Out of These PS3 Products!; Wired.com/gamelife; Jan. 9, 2007; 2 pages.

**US 8,536,832 B2**

Page 4

Complaint for Patent Infringement, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV13-01935, Mar. 18, 2013 (44 pgs.).

Defendants Answer to Complaint for Patent Infringement and Counterclaims (Demand for Jury Trial), *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV13-01935, Apr. 30, 2013 (53 pgs).

Nyko Technologies, Inc.'s Answer to Defendants' Counterclaim, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV13-01935, May 24, 2013 (26 pgs.).

Defendants' First Supplemental Initial Invalidity Contentions, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Jan. 24, 2013 (378 pgs. in 4 parts).

Amended Complaint for Patent Infringement, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Dec. 14, 2012 (47 pgs.).

Joint Claim Construction Statement, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Dec. 17, 2012 (6 pgs.).

Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC's Answer to Amended Complaint for Patent Infringement and Counterclaim, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Jan. 2, 2013 (43 pgs.).

Nyko Technologies, Inc.'s Answer to Eveready Battery Company, Inc.'s Counterclaim and PDP's and Energizer Holdings, Inc.'s Improperly Filed Amended Counterclaim, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Jan. 16, 2013 (14 pgs.).

Plaintiff Nyko Technologies, Inc.'s Opening Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 3, 2013 (27 pgs.).

Declaration of Garry Kitchen in Support of Plaintiff Nyko Technologies, Inc.'s Opening Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001- GAF(VBKx), Apr. 3, 2013 (37 pgs.).

Defendants' Opening Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 8, 2013 (30 pgs.).

Declaration of Graham M. Buccigross in Support of Defendants' Opening Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 8, 2013 (113 pgs.).

Declaration of Katherine L. Quigley in Support of Plaintiff Nyko Technologies, Inc.'s Opening Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 9, 2013 (268 pgs.).

Defendants' Responsive Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 15, 2013 (27 pgs.).

Supplemental Declaration ff Graham (Gray) M. Buccigross in Support of Defendants' Responsive Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 15, 2013 (98 pgs.).

Nyko Technologies, Inc.'s Rebuttal Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 15, 2013 (29 pgs.).

Declaration of Katherine L. Quigley in Support of Plaintiff Nyko Technologies, Inc.'s Rebuttal Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*,CV12-03001-GAF(VBKx), Apr. 15, 2013 (167 pgs.).

Declaration of Garry Kitchen in Support of Plaintiff Nyko Technologies, Inc.'s Rebuttal Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 15, 2013 (38 pgs.).

Defendants' Notice of Errata Re Responsive Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 16, 2013 (3 pgs.).

Defendants' Corrected Responsive Claim Construction Brief, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 16, 2013 (32 pgs.).

Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 18, 2013 (21 pgs.).

Declaration of Graham (Gray) M. Buccigross in Support of Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 18, 2013 (128 pgs.).

Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 30, 2013 (24 pgs.).

Declaration of Katherine L. Quigley in Support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 30, 2013 (34 pgs.).

Declaration of G. Warren Bleeker in Support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 30, 2013 (35 pgs.).

Notice of Errata, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 1, 2013 (2 pgs.).

Declaration of Katherine L. Quigley in Support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 1, 2013 (34 pgs.).

Civil Minutes—General, in Chambers Tentative Claim Construction Ruling, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 8, 2013 (2 pgs.).

Civil Minutes—General, Claim Construction Hearing, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 9, 2013 (1 pg.).

SIPO Office Action dated Jun. 27, 2012 with English Translation for related Chinese Patent Application No. 200880122521.7 (7 pgs.).

SIPO Office Action dated Apr. 12, 2013 with English Translation for related Chinese Patent Application No. 200880122521.7 (17 pgs.).

Office Action for related U.S. Appl. No. 13/769,709, dated May 14, 2013 (24 pgs.).

Civil Minutes—General, in Chambers Order Re: Claim Construction, *Nyko Technologies, Inc.* v. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Jun. 12, 2013 (25 pgs.).

\* cited by examiner

Case 2:21-cv-04796-SB-AGR   Document 1-2   Filed 06/11/21   Page 6 of 38   Page ID #:53



FIG. 1

Case 2:21-cv-04796-SB-AGR   Document 1-2   Filed 06/11/21   Page 7 of 38   Page ID #:54



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



**FIG. 7**



FIG. 8



FIG. 9



FIG. 10

*FIG.11*





*FIG.14*





FIG.15



FIG.16



FIG.17



FIG.18



*FIG.19A*

*FIG.19B*

*FIG.19C*



FIG.20



*FIG. 21*



*FIG.22*

Case 2:21-cv-04796-SB-AGR   Document 1-2   Filed 06/11/21   Page 27 of 38   Page ID #:74



FIG. 23A

Case 2:21-cv-04796-SB-AGR   Document 1-2   Filed 06/11/21   Page 28 of 38   Page ID #:75

*FIG. 23B*



US 8,536,832 B2

1

# VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

## CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation of application Ser. No. 12/044,295, filed Mar. 7, 2008 now U.S. Pat. No. 8,143,848, which application is a continuation-in-part of application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire contents of which are expressly incorporated herein by reference.

This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

## BACKGROUND

Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, on order to make a proper connection without damaging the parts.

2

## SUMMARY OF THE INVENTION

In one exemplary embodiment, a video game controller charging system for charging at least one video game controller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

In one embodiment, the at least one DC port includes at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to

**3**

the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

In still another exemplary embodiment, a video game controller charging system for at least one video game controller having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received, by the recess.

Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

In one embodiment, the first DC port and the second DC port are USB ports. In another embodiment, the first DC port

**4**

and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

US 8,536,832 B2

5

In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

FIG. **2** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **3** is a schematic front view diagram of a power adapter yet another exemplary embodiment of the present invention.

FIG. **4** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **5** is a schematic side view diagram of the power adapter of FIG. **1** in a non-operating position.

FIG. **6** is a schematic side view diagram of the power adapter of FIG. **1** in an operating position.

FIG. **7** is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter.

FIG. **9** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **10** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **11** is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

FIG. **12** is a top view of the video game controller charging system of FIG. **11**.

FIG. **13** is a side view of the video game controller charging system of FIG. **11**.

FIG. **14** is a perspective view of the video game controller charging system of FIG. **11** having video game controllers connected for charging.

FIG. **15** is a block diagram of the video game controller charging system of FIG. **11**,

FIG. **16** is a perspective view of a charging station according to an exemplary embodiment of the invention.

FIG. **17** is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

FIG. **18** is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

FIG. **19**A is a top plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19**B is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19**C is a side plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **20** is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

FIG. **21** is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

FIG. **22** is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

6

FIGS. **23**A-B are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

## DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided. The video game controller charging system includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

FIG. **1** is a schematic front view diagram of a power adapter **100** in an exemplary embodiment of the present invention. The power adapter **100** has a USB port **101** to which a device with a USB plug can be connected for recharging. The power adapter **100** also has a FireWire port **102** to which a device with a FireWire plug can be connected for recharging. The power adapter **100** includes an AC-to-DC power converter for

US 8,536,832 B2

7

providing +5 V and +13 V, respectively. The power adapter **100** may take an input of 100 V to 240 V (w/ frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter **100** to be used in a number of different countries throughout the world.

In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other parts of the world, voltages range from 100 V to 240 V. The frequencies vary across the world as well. In the U.S., 60 Hz is the standard. However, in other parts of the world, AC voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power converters in the power adapter may be adapted to convert AC voltages from a particular standard to a DC voltage required of the DC ports in the power adapter.

The USB port **101** is capable of delivering DC power having +5 V to a connected USB device. The FireWire port **101** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **101**, **102** may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. **1** illustrates that ports **101**, **102** are located at the front surface of the power adapter **100**, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **100**.

FIG. **2** is a schematic front view diagram of a power adapter **110** in another exemplary embodiment of the present invention. The power adapter **110** has two FireWire ports **102** to which a device with a FireWire plug can be connected for recharging. The FireWire ports **102** may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port **102** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **102** may be operated concurrently to recharge FireWire devices at the same time.

FIG. **3** is a schematic front view diagram of a power adapter **120** in yet another exemplary embodiment of the present invention. The power adapter **120** has two USB ports **101** to which a device with a USB plug can be connected for recharging. The USB ports **101** may be of a different type and may accept type A or type B connections. Each USB port **101** is capable of delivering DC power having +5 V to a connected USB device. Ports **101** may be operated concurrently to recharge USB devices at the same time.

FIG. **4** is a schematic front view diagram of a power adapter **130** in another exemplary embodiment of the present invention. Power adapter **130** has a USB port **161** and a FireWire port **162** that are connected to lines **163**. The lines extend the ports so that USB and FireWire plugs may be inserted into the extended ports without having to reach the power adapter **130** plugged into an AC outlet. Although a USB and FireWire port are shown in FIG. **4**, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

FIG. **5** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its non-operating position. The power adapters **110** and **120** of FIGS. **2** and **3** have substantially the same structure in one embodiment. As shown in FIG. **5**, the power adapter **100** may have an AC plug **103** that is movable such that it extends from the rear side of the adapter **100**. In the non-operating position, when the adapter **100** is not in use, the AC plug **103** is slid, moved, or otherwise positioned into the adapter **100** so that the plug **103** does not extend out from the adapter **100**. This non-operating position allows for easy storage of the adapter **100**. In other embodiments, the plug may be fixed to the adapter housing body and is not movable.

FIG. **6** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its operating position. As shown in

8

FIG. **6**, when the power adapter **100** is in use, the AC plug **103** is slid, moved, or otherwise positioned outside of the housing of the adapter **100**, so that the plug **103** extends out from the adapter **100** in its operating position. In this position the AC plug **103** may be plugged into an AC outlet so that the adapter **100** can draw AC power from the outlet, convert it to DC powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

While the AC plug **103** of the power adapter **100** illustrated in FIGS. **5** and **6** appears as a pair of parallel flat bars that are commonly used in the United States and some other countries, for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

FIG. **7** is a conceptual diagram of a side view of an adapter **100** and an electronic device **105** in an exemplary embodiment of the present invention. The adapter **100** is plugged into an AC outlet **106**. A device **105** is connected to the adapter **100** by a cable **104**. The cable **104** plugs into the adapter **100** through a plug **101** or **102**, shown in FIG. **1**. The adapter **100** draws power from the AC outlet **106** and delivers the power to the device **105** through the cable **104**.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter **100**. The AC-to-DC converter **112** is located in the housing body of the adapter **100**. The AC-to-DC converter **112** receives an AC power from the AC plug **103** via an AC outlet **106** and provides DC power to a plurality of DC ports **111**. The AC-to-DC converter **112** may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports **111**. For example, in FIG. **1**, the AC-to-DC converter would receive AC power from the AC plug **103** and provide DC 5 V to one DC port (e.g., USB port **101**) and DC 13 V to another DC port (e.g., FireWire port **102**).

FIG. **9** is a schematic front view diagram of a power adapter **200** in another exemplary embodiment of the present invention. The adapter **200** has a plurality of USB ports **201** to which a plurality of devices with USB plugs can be connected for recharging. The USB ports **201** may be of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter **200** also has a plurality of FireWire ports **202** to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports **202** may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports **201** and **202** may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **200**.

FIG. **10** is a schematic front view diagram of a power adapter **300** in yet another exemplary embodiment of the present invention. The adapter **300** has a plurality of ports **301**a, **301**b, **301**c, **301**d, **301**e, **301**f, **301**g having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports **301** may be any of a wide variety of ports used by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports **301**a-**301**g may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter **300**. The ports of the power adapter **300** may have cross-sections that are different from the cross-sections of the ports **301**a-**301**g that are shown for illustrative purposes only.

Similar to the power adapter **100** of FIG. **1**, the power adapters **200** and **300** of FIGS. **9** and **10** each have one or more AC plugs for plugging to corresponding AC outlets to receive

US 8,536,832 B2

9

AC power therefrom. The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

Further, similar to the power adapter **100**, the power adapters **200** and **300** of FIGS. **9** and **10** may have capabilities to convert a range of different AC voltages that are used throughout the world. By way of example, the power adapters **200** and **300** may be able to convert from AC power having a voltage range of 100V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

FIGS. **11**, **12**, and **13** are perspective, top, and side views, respectively, of a video game controller charging system **400** according to another exemplary embodiment of the present invention. FIG. **14** is a perspective view of the video game controller charging system **400** having video game controllers **420** connected for charging. In one embodiment, the charging system **400** converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game controllers **420**. In such an embodiment, the video game controller charging system **400** includes an AC-to-DC converter for converting AC power to DC power. In other embodiments, the video game controller charging system **400** may receive DC power from an external power source. In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

The video game controller charging system **400** includes a base **402** and one or more docking bays **404**, wherein each docking bay **404** is configured to receive a video game controller **420**. The charging system **400** also includes one or more partitions **406** separating the docking bays **404**. The charging system **400** further includes a DC port **408** within each of the docking bays **404** that is configured to electrically couple to one of the video game controllers **420** and deliver DC power to the coupled video game controller **420**.

The DC ports **408** of the video game controller charging system **400** are configured to connect to a power input port of the video game controller **420** to be charged. In the present embodiment, the DC ports **408** are male mini-USB (universal serial bus) connectors adapted to connect to a female mini-USB connector on a video game controller for a video game console, such as the PlayStation3®. Alternatively, the DC ports **408** may be any electrical connectors suitable for coupling to a video game controller for another video game console, or for any other consumer electronics device to be charged, such as an MP3 player or accessory device.

In the present embodiment of the video game controller charging system **400**, the partitions **406** include locators **410** for aligning the video game controller to the DC port **408**. There are locators **410** on each of the two surfaces of the partitions **406**, as well as the two surfaces of the base **402**, which face the DC ports **408**. There may be two locators **410** on each surface described, i.e., four locators **410** adjacent each video game controller **420**. Each pair of opposite surfaces, a portion of the base **402**, a corresponding docking bay **404**, and/or the locators **410** may comprise a structure for providing physical support to one of the video game controllers **420** during charging. While the locators **410** in the illustrated embodiment of FIG. **11** are button-shaped, the shape of the locators **410** is not limited thereto. Also, the locators **410** may be spring-loaded in order to facilitate aligning and maintaining a required position of the video game controller **420** for coupling to the corresponding DC port **408**. In other embodiments, the locators **410** may not be spring-loaded and

10

the video game controller **420** may be aligned by the locators **410** through any other suitable method or mechanism, such as a pressure fit.

In use, the DC ports **408** are connected to power input ports of the video game controllers **420** to be charged, as shown in FIG. **14**. When one or more video game controllers **420** need to be recharged, connecting the video game controllers **420** to the charging system **400** is as easy as inserting each of the video game controllers **420** into one of the docking bays **404**. As described above, the locators **410** aid in aligning the video game controller **420** into the docking bay **404** such that the power input port of the video game controller **420** slides down onto and connects to the DC port **408**. The charging system **400** is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system **400** then provides power to the video game controller **420** to recharge the batteries of the video game controller **420**.

While the embodiment described above uses a vertical orientation, with each of the video game controllers **420** being dropped from above into the docking bays **404**, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers **420** may be received horizontally into the docking bays **404**, and electrically coupled to DC ports **408** having a horizontal orientation instead of the vertical orientation shown in FIGS. **11**-**14**.

The present embodiment of the video game controller charging system **400** can charge up to four video game controllers **420** concurrently, or it can charge one at a time. Alternative embodiments of the charging system **400**, however, may be configured to charge more than four video game controllers **420** concurrently. The power supply for the charging system **400** may be a power cord **416** that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system **400** also includes an AC-to-DC converter **440** (see FIG. **15**) electrically coupled between the power cord **416** and the DC ports **408** for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller **420**. The AC-to-DC converter **440** may be in the base **402** or external to the base **402**. The power cord **416** may be removably connected to the base **402**, or may be fixedly coupled to the base **402**. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system **400** provides this DC power to the DC ports **408** for delivery to the video game controllers **420**. In other embodiments, DC power may be provided as input to the charging system **400**, where the DC power may be provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

The video game controller charging system **400** may also include an indicator panel **450** that indicates a status of the charging system **400**. In the present embodiment, the indicator panel **450** includes four LED assemblies **452**. Each of the four LED assemblies **452** corresponds with one of the four DC ports **408**, so as to indicate the charging status of the video game controller **420** being charged at the respective DC port **408**. Each of the LED assemblies **452** includes at least two LEDs having different colors. For example, each of the LED assemblies **452** in the present embodiment includes a red LED and a green LED. While the respective video game controller **420** is being charged, the red LED is emitted to indicate that the video game controller **420**, or more specifi-

US 8,536,832 B2

11

12

cally, the battery inside the video game controller **420**, is currently being charged. When the respective video game controller **420** is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies **452** may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

In another alternative embodiment, each of the LED assemblies **452** may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system **400** is currently charging a video game controller **420**. Another LED assembly **452** may illuminate with a second color (e.g., green) to indicate that the charging system **400** has completed charging. The LED assemblies may be electrically coupled to a current detector **460** (see FIG. **15**) which provides the signals to illuminate the LEDs. In one embodiment, the charging system **400** may stop providing power to the video game controller **420** when the video game controller's internal battery is completely charged.

FIG. **15** is a block diagram showing some of the above-described components of the video game controller charging system **400** in schematic form. As can be seen in FIG. **15**, the charging system **400** includes DC ports **408**, each of which is configured to be electrically coupled with a video game controller **420**. Through the DC ports **408**, the charging system **400** is capable of supplying the power received from a power adapter or a power supply to the video game controllers **420** for charging.

In one embodiment, the base **402** includes an AC-to-DC converter **440** for converting input AC power to DC power for charging the video game controller **420**. In other embodiments, the charging system **400** may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system **400** may include a USB host used to provide DC power via a mini-USB port.

In one embodiment, the video game controller charging system **400** includes one or more current detectors **460** for detecting the amount of current being provided by the power supply to the video game controllers **420** through the DC ports **408**. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors **460**, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller **420** in the corresponding docking bay **404** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

Another exemplary embodiment of the invention, shown in FIGS. **16-23**, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station **510** according to an exemplary embodiment of the invention is shown in FIG. **16**. The charging station **510** includes two docking bays **512**, **514** for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays **512**, **514** are dimensioned to accept adapters **516** (see FIG. **17**). Electrical contacts **520** in the docking bays **512**, **514** make contact with electrical leads **522** on the adapters **516** (see FIG. **19**B) to provide an electrical connection through which power can be transmitted. The adapters **516** are elec-

trically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters **516** drop-fit easily into the docking bays **512**, **514**, thus providing a fast and easy connection of the hand-held controllers to the charging station **510**.

As shown in FIG. **16**, the charging station **510** includes a base **524** with two docking bays **512**, **514**. The docking bays **512**, **514** are each dimensioned to accept a hand-held controller **526** (see FIGS. **20**, **21**). The two docking bays **512**, **514** are separated by a partition **528** positioned between them. Each of the docking bays **512**, **514** includes a recess **530** at the bottom of the docking bay. The recess **530** has four electrical contacts **520** positioned in the recess **530**. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts **520** are shown positioned in a linear arrangement in the recess **530**, but they could be positioned in any suitable arrangement.

The recesses **530** are dimensioned to receive an adapter **516** into the recess **530**. As shown in FIG. **17**, the adapters **516** can be dropped vertically into the docking bays **512**, **514** and into the recesses **530**. When the adapters **516** are placed into the recesses **530**, electrical leads **522** (see FIG. **19**B) on the bottom side **538** of the adapters **516** contact the electrical contacts **520** in the recesses **530**. The electrical leads **522** on the adapter **516** thus make an electrical connection with the electrical contacts **520** in the recess **530**. The electrical leads **522** on the adapter **516** match the arrangement of the electrical contacts **520** such that each electrical lead **522** makes physical contact with an electrical contact **520** when the adapter **516** is placed in the recess **530**. In one embodiment, as will be described later, the electrical contacts **520** are spring loaded so as to make sufficient contacts with the electrical leads **522**.

In other embodiments, the adapters **516** and the docking bays **512**, **514** have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess **530** described above. The docking bays **512**, **514** and the adapters **516** can have any suitable shapes that allow the electrical contacts **520** of the docking bays **512**, **514** to make contact with the electrical leads **522** of the adapters **516**. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays **512**, **514** to receive the adapters **516**. These examples are illustrative only, and not limiting.

As shown in FIG. **18**, in one embodiment, the adapters **516** and recesses **530** are shaped such that the adapter **516** can only be placed into the recess **530** in one orientation. In the embodiment shown, the adapter **516** includes at least one angled edge **532**, and the recess **530** includes a matching angled corner **534**. This geometry ensures that the adapter **516** will be placed in the recess **530** in the proper orientation, so that the electrical contacts **520** meet the electrical leads **522**. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter **516** could be made to fit into the recess **530** in multiple orientations.

As shown in FIGS. **19**A-**19**C, the adapter **516** includes a body **536** with the angled edge **532**. The electrical leads **522** are located on a bottom side **538** of the body **536**. The top side **540** of the body **536** includes a connector **542** that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector **542** is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

13

In use, the connector **542** on the adapter **516** is connected to the power input port of the accessory device to be charged, such as the hand-held controller **526** shown in FIGS. **20** and **21**. The adapter **516** is a small and light-weight piece that connects snugly to the power input port of the hand-held controller **526**. The adapter **516** can remain with the hand-held controller **526** at all times, even when the controller **526** is not being charged in the charging station **510**. When the hand-held controller **526** is in use during operation of a video game, when the controller **526** is stored, and when it is charging, the adapter **516** can remain connected to (and physically mounted on) the controller **526**. The adapter **516** is small and light weight, so that it does not interfere with operation of the controller **526**. When the controller **526** needs to be recharged, connecting it to the charging station **510** is as easy as dropping it into one of the docking bays **512**, **514**. The adapter **516** slides easily into the recess **530**, and the electrical leads **522** on the bottom of the adapter **516** make an electrical connection with the electrical contacts **520** in the recess **530**. The charging station **510** is connected to a power supply through its own power input. The charging station **510** then provides power to the controller **526** to recharge the controller's batteries. This recharging process is fast and easy, as the adapter **516** allows the controller **526** to be simply dropped into place, rather than carefully connected to a fragile port or connector.

While the embodiment described above uses a vertical orientation, with the controller **526** and adapter **516** being dropped from above into the recess **530**, other orientations may be used as well. In one embodiment, the adapter **516** is received horizontally into one of the docking bays **512**, **514**, and the electrical contacts **520** in the docking bay and electrical leads **522** on the adapter **516** are arranged vertically to make contact with each other when the adapter **516** is horizontally placed into the docking bay. In one embodiment, the adapter **516** is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter **516** and charging station. In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

The charging station **510** can charge two controllers **526** simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station **510** may be a power cord **544**, as shown in FIG. **20**, that connects to an alternating current (AC) power supply. In this case, the charging station **510** includes an AC/DC converter electrically coupled between the power input and the electrical contacts **520**, in order to provide direct current power to the contacts **520** and from there to the controllers **526**. The AC/DC converter **546** may be internal to the base **524** or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts **520** and from there to the controllers **526**. In other embodiments, DC power may be provided as input to the charging station **510**, where the DC power may be provided by an external AC/DC converter.

The electrical contacts **520** may include a spring coupling the contacts **520** to the base **524**. The weight of the controller **526** pushes the adapter **516** down into the recess **530**, pressing the electrical leads **522** on the adapter **516** against the electrical contacts **520**. The spring pushes back up on the contacts **520**, pushing them against the electrical leads **522** to ensure a complete electrical connection.

14

The charging station **510** may also include an indicator **548** that indicates a status of the charging station **510**. In one embodiment, the indicator **548** includes two LED assemblies **550**, **552** (see FIG. **16**). The LED assemblies **550**, **552** correspond with the first and second docking bays **512**, **514**, respectively, so as to indicate the charging status of the hand-held controller **526** (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies **550** and **552** includes at least two LEDs having different colors. By way of example, each of the LED assemblies **550** and **552** in one embodiment includes a red LED and a green LED. While the respective hand-held controller **526** is being charged, the red LED is emitted to indicate that the hand-held controller **526** (i.e., the battery inside the hand-held controller **526**) is currently being charged. Further, when the respective hand-held controller **526** is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies **550**, **552** may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

In still other embodiments, each of the LED assemblies **550**, **552** may include a single LED, and may be referred to as LEDs **550**, **552**. The first LED **550** illuminates with a first color, for example red, to indicate that the charging station **510** is currently charging an accessory device. The second LED **552** illuminates with a second color, for example green, to indicate that the charging station **510** is finished charging. The LEDs **550**, **552** may be electrically coupled to a current detector **521** (see FIG. **22**) which provides the signals to illuminate the LEDs. In one embodiment, the charging station **510** stops providing power to the controller **526** when the controller's internal battery is completely charged.

A block diagram of the charging station **510** is shown in FIG. **22**, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. **22**, the charging station (or charger base) **510** includes electrical contacts **520** that are adapted to be electrically coupled with the accessory device **526** via the adapter **516**. This way, the charging station **510** is capable of supplying the power received from a power adapter or a power supply to the accessory device **526** (e.g., for charging).

In one embodiment, the charger base includes the AC/DC converter **546** for converting input AC power to DC power for charging the accessory device **526**. In other embodiments, the charging station **510** may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station **510** may include a USB host used to provide DC power via mini-USB port.

In one embodiment, the charging station **510** includes a current detector **521** for detecting the amount of current being provided by the power supply to the accessory device **526** through the contacts **520**. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector **521**, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device **526** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

A circuit diagram of the charging station **510** is shown in FIGS. **23**A and **23**B. As can be seen in FIGS. **23**A and **23**B, each of the LED assemblies includes two LEDs (green LED LED**2** and red LED LED**1**, or green LED LED**4** and red LED LED**3**). As can also be seen in FIGS. **23**A and **23**B, the current

detector **521** in one embodiment is implemented using a quad operational amplifier chip LM**324**. The current detector **521** controls light emission of LEDs LED**1** and LED**2** and/or the light emission of LEDs LED**3** and LED**4**, depending on whether or not sufficient current for charging a respective accessory device is detected.

While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

What is claimed is:

**1**. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising:

a base comprising at least one electrical contact, and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and

an adapter comprising a connector configured to couple to the power input port of the video game controller, the adapter further comprising at least one electrical lead,

wherein the adapter is physically mountable on the video game controller when the connector is coupled to the power input port, and

wherein the base further comprises at least one structure defining a docking bay configured to receive the video game controller having the adapter mounted thereon such that the at least one electrical lead of the adapter contacts the at least one electrical contact of the base.

**2**. The video game controller charging system of claim **1**, further comprising:

a current detector electrically coupled to the at least one electrical contact; and

an indicator electrically coupled to the current detector, the indicator adapted to indicate a status of the charging system.

**3**. The video game controller charging system of claim **1**, wherein the base has a recess formed therein and dimensioned to correspond to the adapter for orienting the adapter within the docking bay.

**4**. The video game controller charging system of claim **1**, wherein the at least one electrical contact comprises four electrical contacts, and the at least one electrical lead comprises four electrical leads.

**5**. The video game controller charging system of claim **1**, wherein the connector of the adapter comprises a male mini-USB connector.

**6**. The video game controller charging system of claim **1**, further comprising an AC/DC converter electrically coupled between the power input of the base and the at least one electrical contact.

**7**. The video game controller charging system of claim **1**, wherein the connector is at a first side of the adapter, and the at least one electrical lead is at a second side of the adapter opposite the first side.

**8**. The video game controller charging system of claim **1**, wherein the adapter further comprises a concave surface at the first side.

**9**. The video game controller charging system of claim **1**,

wherein the at least one electrical contact of the base comprises a plurality of electrical contacts,

wherein the video game controller charging system comprises a plurality of adapters including the adapter, each of the adapters comprising a respective connector configured to couple to a power input port of a respective video game controller of a plurality of video game controllers, each of the adapters further comprising at least one electrical lead,

wherein each of the plurality of adapters is physically mountable on the respective video game controller when the respective connector is coupled to the power input port of the respective video game controller, and

wherein the at least one structure of the base defines a plurality of docking bays configured to receive the video game controllers having the adapters mounted thereon such that the at least one electrical lead of each of the adapters contacts at least one respective electrical contact of the plurality of electrical contacts.

**10**. A video game controller charging system for charging a plurality of video game controllers, each having a power input port, the video game controller charging system comprising:

a base comprising a plurality of electrical contacts, and a power input for connection to a power supply, the power input being electrically coupled to the electrical contacts;

a plurality of adapters, each comprising a connector configured to couple to the power input port of a respective video game controller of the plurality of video game controllers, each of the adapters further comprising at least one electrical lead; and

at least one structure on the base defining a plurality of docking bays configured to receive the adapters and the respective video game controllers therein such that the at least one electrical lead of each of the adapters contacts at least one respective electrical contact of the plurality of electrical contacts while the connector of the adapter is coupled to the power input port of the respective video game controller,

wherein the at least one structure on the base comprises a plurality of pairs of substantially parallel opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays, and wherein each of the docking bays is open on opposing sides between the pair of opposite surfaces.

**11**. The video game controller charging system of claim **10**, further comprising at least one spring biasing the electrical contacts toward the at least one electrical lead of each of the adapters.

**12**. The video game controller charging system of claim **10**, wherein the connectors comprise male mini-USB connectors.

**13**. The video game controller charging system of claim **10**, wherein the base has a plurality of recesses formed therein

US 8,536,832 B2

17

and dimensioned to correspond to respective adapters of the plurality of adapters for orienting the respective adapters within the docking bays.

**14**. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising:

at least one adapter comprising:

a body;

a connector fixed to the body and configured to removably and electrically couple the adapter to the power input port of the video game controller, thereby mechanically mounting the body of the adapter to the video game controller via the power input port; and

at least one electrical lead electrically coupled to the connector via the body; and

a base comprising:

a power input for connection to a power supply; and

at least one docking bay defining a recess of a shape configured to mate with the adapter body and includ-

18

ing at least one electrical contact electrically coupled to the power input and configured to electrically contact the at least one electrical lead of the adapter when the adapter body and recess are mated with one another.

**15**. The video game controller charging system of claim **14** further comprising at least two adapters and at least two docking bays such that at least two video game controllers may be charged simultaneously.

**16**. The video game controller charging system of claim **14** wherein the at least one adapter includes a plurality of electrical leads and the at least one docking bay includes a corresponding plurality of electrical contacts, wherein the at least one adapter is of a shape that generally coincides with the shape of the recess of the at least one docking bay such that when the adapter is mated with the recess, the plurality of electrical contacts align with and electrically contact the corresponding plurality of electrical leads.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.       : 8,536,832 B2                              Page 1 of 1
APPLICATION NO.  : 13/417147
DATED            : September 17, 2013
INVENTOR(S)     : Navid

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

**In the Specification:**

Column 1, lines 7-16, please replace the priority claim of the application with the following:

-- This application is a continuation of application Ser. No. 12/044,295, filed Mar. 7, 2008 now U.S. Pat. No. 8,143,848, which application is a continuation-in-part of application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire contents of which are expressly incorporated herein by reference.

Application No. 12/044,295 also claims the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference. --

Signed and Sealed this
First Day of July, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*