# EXHIBIT D

**Claim Chart: US 8,143,848**

| Claim Elements | Poké Ball Plus Charge Stand |
|---|---|
| 25 [preamble]. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising: | Poké Ball Plus Charge Stand ("Poké Ball Stand") is a charging system for charging a video game controller having a power input port.<br>NINTENDO SWITCH<br>POKÉMON<br>Official Nintendo Licensed Product<br>Nintendo Switch is a trademark of Nintendo.<br>Licensed by Nintendo.<br>©2018 Pokémon. TM, ® Nintendo. |



114301043.5




| | |
|---|---|
| | https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1<br><br>https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04) |
| [a] a base comprising a plurality of electrical contacts, the base further comprising a power input for | Poké Ball Stand includes a base comprising a plurality of electrical contacts. |



114301043.5

| | |
|---|---|
| connection to a power supply, the power input being electrically coupled to the plurality of electrical contacts; and |  <br><br>https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1<br><br>The base further comprises a power input (e.g., USB port) for connection to a power supply, the power input being electrically coupled to the plurality of electrical contacts. |

| | |
|---|---|
| |   https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1 |
| [b] an adapter comprising a connector configured to couple to the power | Poké Ball Stand includes an adapter comprising a connector configured to couple to the power input port of the video game controller. |

| | |
|---|---|
| input port of the video game controller, the adapter further comprising a plurality of electrical leads, |   https://www.youtube.com/watch?v=cxMRfnMZY4g (1:33)   |

https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04)




https://www.youtube.com/watch?v=cxMRfnMZY4g (2:34)

The adapter further comprises a plurality of electrical leads.

| | |
|---|---|
| [c] wherein the adapter is removably attachable on the video game controller and configured to remain attached on the video game controller when the video game controller is in use during operation of a video game, and | The adapter is removably attachable on the video game controller and configured to remain attached on the video game controller when the video game controller is in use during operation of a video game.  https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04) |

| | |
|---|---|
| |  https://www.youtube.com/watch?v=cxMRfnMZY4g (2:34) |
| [d] wherein the base further comprises a docking structure configured to receive the video game controller having the adapter attached thereon such that the plurality of electrical leads of the adapter contact the plurality of electrical contacts of the base. | The base further comprises a docking structure configured to receive the video game controller having the adapter attached thereon such that the plurality of electrical leads of the adapter contact the plurality of electrical contacts of the base. |

| | |
|---|---|
| |   https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1 |
| 26. The video game controller charging system of claim 25, wherein the plurality of electrical contacts comprises at least one spring biasing the plurality of electrical contacts toward the plurality of electrical leads. | The plurality of electrical contacts comprises at least one spring biasing the plurality of electrical contacts toward the plurality of electrical leads.   |



114301043.5

| | |
|---|---|
| |  |
| 27. The video game controller charging system of claim 25, wherein the connector comprises a male mini-USB connector. | The connector comprises a male mini-USB connector. |

| | |
|---|---|
| |  a male mini-USB connector |