# EXHIBIT E

**Claim Chart: US 8,536,832**

| Claim Elements | Poké Ball Plus Charge Stand |
|---|---|
| 1 [preamble]. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising: | Poké Ball Plus Charge Stand ("Poké Ball Stand") is a charging system for charging a video game controller having a power input port. |



https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1



vide

https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04)

| | |
|---|---|
| [a] a base comprising at least one electrical contact, and a power | Poké Ball Stand includes a base comprising at least one electrical contact. |

| | |
|---|---|
| input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and | 

electric    base

https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=16197 33410&sr=8-1

The base further includes a power input (e.g., USB port) for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. |

3

| | |
|---|---|
| |  https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1 |
| [b] an adapter comprising a connector configured to couple | Poké Ball Stand includes an adapter comprising a connector configured to couple to the power input port of the video game controller. |

114301116.3

| | |
|---|---|
| to the power input port of the video game controller, the adapter further comprising at least one electrical lead, | <br>adapter comprising a connector<br><br>https://www.youtube.com/watch?v=cxMRfnMZY4g (1:33)<br><br><br>the |

5

114301116.3

https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04)



https://www.youtube.com/watch?v=cxMRfnMZY4g (2:34)

The adapter includes at least one electrical lead.

114301116.3

| | |
|---|---|
| | |
| [c] wherein the adapter is physically mountable on the video game controller when the connector is coupled to the power input port, and | The adapter is physically mountable on the video game controller when the connector is coupled to the power input port.<br><br><br><br>https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04) |

7

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=cxMRfnMZY4g (2:34) |
| [d] wherein the base further comprises at least one structure defining a docking bay configured to receive the video game controller having the adapter mounted thereon such that the at least one electrical lead of the adapter contacts the at least one electrical contact of the base. | The base includes a structure defining a docking bay configured to receive the video game controller having the adapter mounted thereon such that the at least one electrical lead of the adapter contacts the at least one electrical contact of the base. |

8

114301116.3

| | |
|---|---|
| | 

docking bay

https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1 |
| 3. The video game controller charging system of claim 1, wherein the base has a recess formed therein and dimensioned to correspond to the adapter for orienting the adapter within the docking bay. | The base has a recess formed therein and dimensioned to correspond to the adapter for orienting the adapter within the docking bay



recess            docking bay

https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1 |

9

114301116.3

| | |
|---|---|
| 5. The video game controller charging system of claim 1, wherein the connector of the adapter comprises a male mini-USB connector. | The connector of the adapter comprises a male mini-USB connector.<br><br><br><br>a male mini-USB connector |
| 7. The video game controller charging system of claim 1, wherein the connector is at a first side of the adapter, and the at least one electrical lead is at a second side of the adapter opposite the first side. | The connector is at a first side of the adapter, and the at least one electrical lead is at a second side of the adapter opposite the first side. |

114301116.3



the connector is at a first side



electrical lead is at a second side of the adapter opposite the first side

11

114301116.3

| | |
|---|---|
| 8. The video game controller charging system of claim 1, wherein the adapter further comprises a concave surface at the first side. | The adapter further comprises a concave surface at the first side.<br><br>a concave surface at the first side |

1143011116.3