# EXHIBIT F

**Claim Chart: US 9,705,344**

| Claim Elements | Poké Ball Plus Charge Stand |
|---|---|
| 15 [preamble]. A video game controller charging system for charging video game controller having a power input port, the video game controller charging system comprising: | Poké Ball Plus Charge Stand ("Poké Ball Stand") is a charging system for charging a video game controller having a power input port. |

114301230.1



https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1

video game controller having a power input port

https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04)

| | |
|---|---|
| [a] at least one adapter comprising: | Poké Ball Stand includes at least one adapter. |

114301230.1

|  | <br>https://www.youtube.com/watch?v=cxMRfnMZY4g (1:33) |
|---|---|
| [b] a body; | Poké Ball Stand includes the adapter comprising a body. |

114301230.1

| | |
|---|---|
| | <br>adapter comprising a body<br>https://www.youtube.com/watch?v=cxMRfnMZY4g (1:33) |
| [c] a connector fixed to the body and configured to removably and electrically couple the adapter to the power input port of the video game controller, thereby mechanically mounting the body of the adapter to the video game controller via the power input port; and | Poké Ball Stand includes the adapter comprising a connector fixed to the body and configured to removably and electrically couple the adapter to the power input port of the video game controller, thereby mechanically mounting the body of the adapter to the video game controller via the power input port. |

4

114301230.1



adapter comprising a connector

https://www.youtube.com/watch?v=cxMRfnMZY4g (1:33)



the power input port of the video game controller

114301230.1

| | |
|---|---|
| | https://www.youtube.com/watch?v=cxMRfnMZY4g (2:04)  https://www.youtube.com/watch?v=cxMRfnMZY4g (2:34) |
| [d] at least one electrical lead electrically coupled to the connector via the body; and | Poké Ball Stand includes the adapter comprising at least one electrical lead electrically coupled to the connector via the body. |

6

114301230.1



| | |
|---|---|
| [e] a base comprising: | Poké Ball Stand includes a base. |
| [f] a power input for connection to a power supply; and | The base further includes a power input (e.g., USB port) for connection to a power supply. |

7

114301230.1

| | |
|---|---|
| |  https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=161973 3410&sr=8-1  |
| [g] at least one docking bay defining a recess of a shape | Poké Ball Stand includes at least one docking bay defining a recess of a shape configured to mate with the adapter body and including at least one electrical contact electrically coupled to |

114301230.1

| | |
|---|---|
| configured to mate with the adapter body and including at least one electrical contact electrically coupled to the power input and configured to electrically contact the at least one electrical lead of the adapter when the adapter body and recess are mated with one another, | the power input and configured to electrically contact the at least one electrical lead of the adapter when the adapter body and recess are mated with one another.<br><br><br><br>recess    electrical contact    docking bay<br><br>https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=161973 3410&sr=8-1 |
| [h] wherein the at least one adapter includes a plurality of electrical leads and the at least one docking bay includes a corresponding plurality of electrical contacts, wherein the at least one adapter is of a shape that generally coincides with the shape of the recess of the at least one docking bay such that her the adapter is mated with the recess, the plurality of electrical contacts aligns with and electrically contacts the | The adapter includes a plurality of electrical leads<br><br>    electrical leads<br><br>The docking bay includes a corresponding plurality of electrical contacts, wherein the at least one adapter is of a shape that generally coincides with the shape of the recess of the at least one |

| | |
|---|---|
| corresponding plurality of electrical leads. | docking bay such that the adapter is mated with the recess, the plurality of electrical contacts aligns with and electrically contacts the corresponding plurality of electrical leads<br><br>*Easy Charging.* ① ② ①Connect Attachment ②Drop&Charge!<br><br>recess    electrical contacts    docking bay<br><br>https://www.amazon.com/Charge-Officially-Licensed-Nintendo-Pok%C3%A9mon-switch/dp/B07HC4ZD3B/ref=sr_1_1?dchild=1&keywords=pokeball+charge+stand&qid=1619733410&sr=8-1 |

114301230.1