NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas J. Daly, CA Bar No. 119684
Art Hasan, CA Bar No. 167323
Siho "Scott" Yoo, CA Bar No. 311202
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900

ATTORNEY(S) FOR: OKYN Holdings, Inc. dba NYKO Technologies

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES<br><br>                                       Plaintiff(s),<br>v.<br>HORI (U.S.A.), INC.<br><br>                                       Defendant(s) | CASE NUMBER:<br>2:21-cv-4796<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff OKYN Holdings, Inc. dba NYKO Technologies_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES | Plaintiff |
| HORI (U.S.A.), INC. | Defendant |

June 11, 2021                                          /s/ Art Hasan
Date                                                         Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff OKYN Holdings, Inc. dba NYKO Technologies