**THOMAS J. DALY, CA Bar No. 119684**
TDaly@lewisroca.com
**ART HASAN, CA Bar No. 167323**
AHasan@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

**SIHO "SCOTT" YOO, CA Bar No. 311202**
SYoo@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**203 Redwood Shores Parkway, Suite 670**
**Redwood City, California 94065**
**Telephone: (650) 391-1380**
**Facsimile: (650) 391-1395**

Attorneys for Plaintiff,
OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES, | Case No.  2:21-cv-4796 |
| Plaintiff(s), | **CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| HORI (U.S.A.), INC., | |
| Defendant(s). | |

-1-

114656381.1

1      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff

2  OKYN Holdings, Inc. dba NYKO Technologies, by and through its undersigned

3  counsel, states that (a) it is a corporate entity; (b) has no parent corporation; and (c)

4  that no publicly held corporation owns 10% or more of its stock.

5

6  DATED:  June 11, 2021                    Respectfully submitted,

7                                           LEWIS ROCA ROTHGERBER
                                            CHRISTIE LLP
8

9

10 By   /s/ Art Hasan
        Art Hasan
11
   Attorneys for Plaintiff,
12 OKYN HOLDINGS, INC. dba NYKO
   TECHNOLOGIES
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

-2-

114656381.1