**THOMAS J. DALY, CA Bar No. 119684**
TDaly@lewisroca.com
**ART HASAN, CA Bar No. 167323**
AHasan@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

**SIHO "SCOTT" YOO, CA Bar No. 311202**
SYoo@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**203 Redwood Shores Parkway, Suite 670**
**Redwood City, California 94065**
**Telephone: (650) 391-1380**
**Facsimile: (650) 391-1395**

Attorneys for Plaintiff,
OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES,<br><br>Plaintiff(s),<br><br>vs.<br><br>HORI (U.S.A.), INC.,<br><br>Defendant(s). | Case No. 2:21-cv-4796<br><br>**NOTICE OF RELATED CASES** |

Plaintiff OKYN Holdings, Inc. dba NYKO Technologies ("NYKO" or "Plaintiff") respectfully submits this notice of related cases, under Local Rule 83-1.3, to alert the Court that this present action relates to a previously-filed case that was pending in this Court before the Honorable Gary A. Feess. That case was *NYKO Technologies, Inc. v. Energizer Holdings, Inc.*, USDC Central District of California, Case No. 2:12-cv-03001-GAF-VBK (the "Prior Action").

-1-

114654039.1

In the Prior Action, NYKO asserted infringement of U.S. Patent No. 8,143,848 ("the '848 Patent") by Defendants Energizer Holdings, Inc. and Performance Designed Products LLC. In the Prior Action, the Court construed certain terms of claims 1-5, 7-8, and 10-17 of the '848 Patent (Dkt. 122) ("Prior Claim Construction Order") and granted the defendants' motion for summary judgment that those claims of the '848 Patent are invalid under 35 U.S.C. § 102(b) (Dkt. 205) ("Prior SJ Order").

This instant action involves NYKO's claims against HORI (U.S.A.), INC. based on three patents, including the '848 Patent. However, in this instant action, NYKO is asserting claims of the '848 Patent (*e.g.*, claims 25 and 26) that were not subject to, and directed to a different embodiment that was not discussed in, the Prior SJ Order. *See* Prior SJ Order, at 2 n.2. While NYKO asserts different claims of the '848 Patent in this instant action that were not asserted in the Prior Action, it believes that there would be substantial duplication of labor if this instant action is heard by different judges because the Prior Claim Construction Order concerns claim terms relating to those claims asserted in this instant action. Accordingly, NYKO believes that this instant action is related to the Prior Action under L.R. 83-1.3.1.

DATED: June 11, 2021

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By  /s/ Art Hasan
    Art Hasan

Attorneys for Plaintiff,
OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES

114654039.1