# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OKYN HOLDINGS, INC.

PLAINTIFF(S)

v.

HORI U.S.A., INC.

DEFENDANT(S).

CASE NUMBER:

2:21–cv–04796–SB–AGR

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

The Civil Cover Sheet is attached to the Complaint. It should have been filed and entered separately under its proper event. You are not required to take any action to correct this deficiency unless the Court so directs

Clerk, U.S. District Court

Dated:  June 14, 2021                    By:  /s/ Estrella Tamayo  Estrella_Liberato@cacd.uscourts.gov
                                                        Deputy Clerk