**THOMAS J. DALY, CA Bar No. 119684**
TDaly@lewisroca.com
**ART HASAN, CA Bar No. 167323**
AHasan@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

**SIHO "SCOTT" YOO, CA Bar No. 311202**
SYoo@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
203 Redwood Shores Parkway, Suite 670
Redwood City, California 94065
Telephone: (650) 391-1380
Facsimile: (650) 391-1395

Attorneys for Plaintiff,
OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES,<br><br>Plaintiff(s),<br><br>vs.<br><br>HORI (U.S.A.), INC.,<br><br>Defendant(s). | Case No. 2:21-cv-04796-SB-AGR<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>**Hon. Stanley Blumenfeld, Jr.** |

114739272.1

Civil Action No. **2:21-cv-04796-SB-AGR**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  Hori (U.S.A) ., Inc. a California Corporation
was received by me on **June 14, 2021**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at  1521 Francisco St Ste B , Torrance, CA 90501-1344 on   June 15, 2021 2:46 PM

☐ I left the Complaint and Exhibits A-FCivil Cover SheetCertification and Notice of Interested PartiesCorporate Disclosure StatementNotice of Related CasesReport on the Filing of an ActionNotice of Assignment to Judge BlumenfeldNotice to Parties of Court Directed ADR ProgramIssued SummonsStanding Order of Judge Blumenfeld at the individual's residence or usual place of abode with    ,a person of suitable age and discretion who resides there, on *(date)*   , and mailed a copy to the individual's last known address; or

☑ I served the Complaint and Exhibits A-F Civil Cover Sheet Certification and Notice of Interested Parties Corporate Disclosure Statement Notice of Related Cases Report on the Filing of an Action Notice of Assignment to Judge Blumenfeld Notice to Parties of Court Directed ADR Program Issued Summons Standing Order of Judge Blumenfeld to  **Ryo Mihara** , who is designated by law to accept service of process on behalf of  **Hori (U.S.A) . at 1521 Francisco St Ste B**
**Torrance, CA 90501 at 2:46 PM.**

☐ other *(specify)*:

My fees are $ .00 for travel and $ 160.00 for services, for a total of $ 160.00

I declare under penalty of perjury that this information is true.

Date: 6/15/2021

*Eduardo Barrientos*
Server's signature

**EDUARDO BARRIENTOS**
*Printed name and title*

**Contracted by**
**4373 Santa Anita Avenue,**
**El Monte, CA 91731**
**(213) 201-5856**
*Server's Address*

A0440-PLA28759