# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES, | ) ) ) | No. 2:21-cv-4796 |
| Plaintiff, | ) ) | Honorable Judge Andre Birotte Jr. |
| v. | ) ) ) | |
| HORI (U.S.A.), INC., | ) ) | |
| Defendant. | ) | |

### DEFENDANT HORI (U.S.A.), INC.'S INITIAL INVALIDITY CONTENTIONS

Pursuant to the Court's December 1, 2021 Order re: Jury/Court Trial [Doc. 45] (the Court's "Scheduling Order"), Defendant HORI (U.S.A.), Inc. ("HORI" or "Defendant") hereby provides its Initial Invalidity Contentions with respect to the claims that Plaintiff OKYN Holdings, Inc. dba NYKO Technologies ("NYKO") identified in its disclosure of Asserted Claims dated December 10, 2021 [OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES' DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS], as set forth in the table below:

| No. | Asserted Patent Number | Asserted Claims |
|---|---|---|
| 1 | U.S. Patent No. 8,143,848 ("the '848 Patent") | 25, 26, 27 |
| 2 | U.S. Patent No. 8,536,832 ("the '832 Patent") | 1, 3, 5, 7, 8 |
| 3 | U.S. Patent No. 9,705,344 ("the '344 Patent") | 15 |

In its Preliminary Invalidity Contentions, with respect to the patents identified above (the "Patents-in-Suit" or "Asserted Patents") and the asserted claims identified by NYKO from each of the Patents-in-Suit (the "Asserted Claims"), Defendant: (i) identifies each currently known item

of prior art that anticipates, renders obvious or otherwise invalidates each Asserted Claim under Pre-AIA 35 U.S.C. § 102 and/or § 103; (ii) specifies whether each such item of prior art anticipates and/or renders obvious the applicable Asserted Claim; (iii) submits charts for illustrative prior art references identifying where each limitation of each Asserted Claim is disclosed or rendered obvious by the prior art; (iv) identifies combinations and illustrative reasons to combine prior art references where a combination of prior art references makes an Asserted Claim obvious, and (v) identifies grounds for invalidating Asserted Claims based on indefiniteness, enablement, and/or written description under 35 U.S.C. § 112.

## I.    RESERVATION OF RIGHTS

Defendant reserves its right to amend, modify, and/or supplement this disclosure, and Initial Invalidity Contentions. Specifically, Defendant reserves the right to amend based upon the Court's claim construction. Defendant additionally reserves the right to amend its Contentions if NYKO later provides any information that it failed to provide in its Infringement Contentions, or if NYKO amends or alters its Infringement Contentions in any way. Further, these Initial Invalidity Contentions are based on information obtained by Defendant to date. Discovery in this case is on-going. In particular, fact discovery is not complete, the Asserted Claims have not been construed, and expert discovery has not begun. Defendant intends to seek discovery from NYKO and third parties regarding public use and/or the on-sale bar under Pre-AIA 35 U.S.C. § 102, additional prior art under Pre-AIA 35 U.S.C. §§ 102 and 103, and/or applicant's failure to comply with 35 U.S.C. § 112. Based on discovery, Defendant may identify additional prior art and invalidity arguments. This and the Court's construction of one or more terms from any Asserted Claim may require that Defendant supplement or amend these Initial Contentions. Accordingly, Defendant reserves the right to revise and/or supplement these Contentions as this case proceeds. Moreover, Defendant

reserves the right to supplement and/or amend these Contentions based on any findings as to the priority date of the Asserted Claims, and/or positions that NYKO or its expert witnesses may take concerning claim interpretation, infringement, and/or invalidity issues. In addition, none of these Contentions constitutes an admission concerning the proper construction of the claims.

Prior art not included in this disclosure, whether known or unknown to Defendant, may become relevant. In particular, Defendant is currently unaware of the extent, if any, to which NYKO will contend that limitations of the Asserted Claims are not disclosed in the prior art that Defendant identifies, or will contend that any of the identified references do not qualify as prior art under Pre-AIA 35 U.S.C. § 102 and/or 103. The identification of any patents and/or patent publications as prior art shall be deemed to refer to the application that was submitted for the same (including any provisional application(s)) and to include identification of any foreign counterpart patents and applications as well as international applications. To the extent that such an issue arises, Defendant reserves the right to identify additional teachings in the same references or in other references that anticipate or would have rendered the addition of the allegedly missing limitation to the device or method obvious. Defendant's claim charts submitted as part of these Initial Invalidity Contentions cite to particular teachings and disclosures of the prior art as applied to features of the Asserted Claims. Persons having ordinary skill in the art, however, may view an item of prior art generally in the context of other publications, literature, products, and understanding. Accordingly, the cited portions are only examples, and Defendant reserves the right to rely on uncited portions of the prior art references, on other publications and on expert testimony as aids in understanding and interpreting the cited portions, as providing context thereto, and as additional evidence that a claim limitation is known or disclosed. Where Defendant cites to a particular figure in a reference, the citation should be understood to encompass the caption and

-3-
Exhibit 2
-29-

description of the figure and any text in the reference relating to the figure. Similarly, where Defendant cites to particular text referring to a figure, the citation should be understood to include the figure and caption as well. Defendant further reserves the right to rely on uncited portions of the prior art references, other publications, and testimony to establish bases for combinations of certain cited references that render the Asserted Claims obvious. Further, for any combination, Defendant reserves the right to rely additionally on information generally known to those skilled in the art and/or common sense.

The references discussed in the claim charts may disclose the elements of the Asserted Claims explicitly and/or inherently, and/or they may be relied upon to show the state of the art in the relevant time frame. The suggested obviousness combinations are sometimes provided in the alternative to Defendant's anticipation contentions and are not meant to suggest that any reference included in the combinations is not by itself anticipatory. Furthermore, nothing stated herein shall be treated as an admission or suggestion that Defendant's Accused Instrumentalities meet any limitation of any Asserted Claim. Defendant denies that it infringes any and all claims of the Patents-in-Suit.

## II.    IDENTIFICATION OF PRIOR ART

Subject to Defendant's reservations of rights set out above, Defendant identifies the following references on which it may rely as invalidating one or more of the Asserted Claims of the Patents-in-Suit. In addition to the references cited on the face of the Patents-in-Suit, the admitted prior art in the specifications of the Patents-in-Suit, and the prosecution histories of the Patents-in-Suit, the prior art references, systems, and products listed below disclose the elements of the Asserted Claims either explicitly, inherently, or via an obvious combination, and may also be relied upon to show the state of the art in the relevant timeframes.

Defendant further incorporates by reference the prior art references related to the Patents-in-Suit, including without limitation all prior art produced by or otherwise known to NYKO and all prior art known to the named inventors, any past or current owner, or any individual substantively involved in the prosecution of any or all of the Patents-in-Suit.

Defendant contends that at least some of the systems and products disclosed in one or more of the prior art references identified here or in the attached exhibits are prior art under Pre-AIA 35 U.S.C. §§ 102 and/or 103. Defendant's reference to any particular component, device, machine, or other product in these Invalidity Contentions should also be interpreted as a reference to the product itself and any corresponding patents, publications, or product literature that relate to the cited component, device, machine, or other product. As discovery is ongoing, Defendant does not yet have complete information regarding the dates by which some of the cited products were publicly disclosed, used, sold, or offered for sale, the circumstances under which the research, design, and development activities were conducted, and the identities of the particular individuals involved in such activities through publicly available patents, publications, and product literature. Defendant anticipates that the actual dates, circumstances, and identities of individuals will be the subject of third-party discovery during this lawsuit.

It is understood that a person of ordinary skill in the art reads a prior art reference as a whole and in the context of other publications, literature, and general knowledge in the field. To understand and interpret any specific statement or disclosure in a prior art reference, a person of ordinary skill in the art also relies upon other information including other publications and general scientific, engineering or other relevant knowledge. Defendant reserves the right to rely upon the general scientific, engineering or other relevant knowledge in the field in interpreting the disclosure of the prior art references. In addition, Defendant reserves the right to rely upon other

publications and on expert testimony to provide context and to aid in the understanding of the prior art references. For example, Defendant reserves the right to rely on well-known prior art publications, including, but not limited to, standards and specifications for batteries and battery charging systems for two-way radios, cellular telephones, Personal Data Assistants (PDAs), PalmPilots, Blackberries, pagers, media players, remote controls, video game consoles and controllers, and other electronic peripheral and/or personal electronic devices. Defendant also reserves the right to rely upon other portions of the prior art references, other publications, and the testimony of experts to establish that the alleged inventions would have been obvious to a person of ordinary skill in the art, including the basis for modifying or combining the prior art references. Furthermore, Defendant reserves the right to rely upon any admissions relating to prior art found in the intrinsic evidence for the Patents-in-Suit.

Each exemplary printed publication listed below that describes or relates to a prior art system should be understood to discuss the system's capabilities generally and also to discuss specific implementation examples of specific installations of the particular system. To the extent the exemplary references describe various implementations of the same underlying system, that underlying system is a single reference under 35 U.S.C. §102. The exemplary references are evidence of the capabilities of the prior art system, and each chart provided for a prior art system should be understood to incorporate by reference all printed publications describing or relating to that prior art system and all charts provided for those printed publications. In addition, each of the references itself also qualifies as prior art on separate grounds as a publication under 35 U.S.C. §102. Even if the exemplary references are not treated as a single prior art reference, at the very least it would have been obvious to combine the features described in those references inasmuch as the individual references discuss the same system.

## A. Patent References

Exhibits A-01 to CC-03 include charts directed to the following prior art patents and/or prior art patent publication references which are identified below by patent/publication number, name, country of origin and issue date. Each listed patent became prior art at least as early as the dates provided on the face of the document. Defendant reserves the right to rely upon earlier dates of publication or public availability to the extent such information is uncovered during discovery.

| No. | Number and Name | Country of Origin | Issue Date/Date of Publication | Filing/Priority Date |
|-----|-----------------|-------------------|-------------------------------|---------------------|
| 01 | AU 2006100053 (Archibald) | AU | 4/27/2006 | 1/24/2006 |
| 02 | US 5,535,274 (Braitberg) | US | 7/9/1996 | 10/9/1991 |
| 03 | US 2004/0090773 (Bryan) | US | 5/13/2004 | 1/12/1998 |
| 04 | US 2004/0150944 (Byrne) | US | 8/5/2004 | 2/3/2003 |
| 05 | JP2003032903A (Chih-Cheng) | JP | 1/31/2003 | 7/10/2001 |
| 06 | WO 2007/078312 (Cole PCT) | WO | 7/12/2007 | 12/13/2005 |
|    | US 2008/0064504 (Cole) | US | 5/17/2011 | 12/13/2005 |
| 07 | US 2007/0038434 (Cvetko) | US | 2/15/2007 | 1/5/2005 |
| 08 | US 8,143,850 (Erickson) | US | 3/19/2009 | 9/17/2007 |
| 09 | US 5,280,229 (Faude) | US | 1/18/1994 | 11/15/1990 |
| 10 | US 7,625,286 (Hamada) | US | 12/1/2009 | 5/6/2004 |
| 11 | US 2002/0115480 (Huang) | US | 8/22/2002 | 2/13/2001 |

| 12 | US 2006/0172801 (Hussaini US 801) | US | 8/3/2006 | 1/31/2005 |
| 13 | JP 2006204885 (Hussaini) | JP | 8/10/2006 | 1/31/2005 |
| 14 | WO 02/21247 (Janik) | WO | 3/14/2002 | 9/5/2000 |
| 15 | US 5,841,424 (Kikinis) | US | 11/24/1998 | 3/3/1997 |
| 16 | JP H10-23124 (Koga) | JP | 1/23/1998 | 7/2/1996 |
| 17 | US 7,480,138 (Kogan) | US | 1/4/2007 | 6/30/2005 |
| 18 | KR20000003278U ('278 Patent) | KR | 2/15/2000 | 7/21/1998 |
| 19 | US 7,885,622 (Krampf) | US | 2/8/2011 | 10/27/2004 |
| 20 | KR 200391886 (Lee) | KR | 8/9/2005 | 5/23/2005 |
| 21 | US 6,686,901 (Rosenberg) | US | 2/3/2004 | 6/23/1998 |
| 22 | US 2006/0145039 (Shawver) | US | 7/6/2006 | 11/24/2004 |
| 23 | KR20060023844A (Shim) | KR | 3/15/2006 | 9/10/2004 |
| 24 | JP 2000-188833A (Suzuki) | JP | 7/4/2000 | 12/22/1998 |
| 25 | JP 2004289897A (Tokida) | JP | 10/14/2004 | 3/19/2003 |

### B.    Prior Art Systems and Knowledge

Each of the patents and publications identified above evidence prior knowledge under

35 U.S.C. §§ 102 and/or 103. Discovery is ongoing, however, and Defendant reserves the right

to assert any of the preceding items of prior art under 35 U.S.C. §§102 and/or 103. Additionally,

Defendant reserves the right to identify and rely upon as prior art under Pre-AIA

35 U.S.C. §§ 102 and/or 103 any system, product, or public knowledge or use that embodies or

otherwise incorporates any of the prior art patents or publications listed above. Defendant also

identifies the following systems that were offered for sale and/or publicly known in the United

States.

| No. | Item Offered for Sale or Publicly Used or Known | Date | Person or Entity |
|---|---|---|---|
| 26 | Belkin | At least July 2, 2004 | Belkin |
| 27 | Palmdock V | At least January 21, 2000 | Solvepoint |
| 28 | PowerPak/PowerPak Ex | At least June 22, 2001 | InterAct |
| 29 | Universal Bridge | At least December 2, 2001 | Midwest PCB Designs |

### D.    Invalidity Charts

Each Asserted Claim is anticipated and/or rendered obvious by the prior art. Defendant has

provided the accompanying exemplary charts for the Asserted Claims of the Patents-in-Suit as

listed in the table below. Individual claim charts illustrate examples of where each element of each

Asserted Claim can be found in each item of the listed prior art. To the extent that any reference

identified in the Exhibits does not identify every aspect of an element, the reference still anticipates

the Asserted Claim(s) for at least the reason that any such aspect of an element is inherently

disclosed. For all of the reasons stated herein, Defendant reserves the right to supplement the

charts, and the table below. To the extent that the Court finds that a reference does not expressly

disclose certain limitations in the Asserted Claims, such limitations would have been inherent

and/or obvious. By mapping the claim language of the Patents-in-Suit to the references, Defendant

does not imply or admit that the claim language satisfies Section 112 of the Patent Act or that the claim language has patentable weight. Citations from the listed references are not a ratification or acceptance of the manner in which NYKO applies particular claim elements to the features and functions of the Accused Instrumentalities. The citations are instead intended to demonstrate that, if certain claim elements are applied against the prior art in the same manner as NYKO applies them in its Infringement Contentions, then certain prior art discloses those claim elements to the same extent. The prior art may also disclose these same claim elements if the claim elements are applied differently than in the Infringement Contentions. Nothing in these invalidity contentions is in any way an admission that the Infringement Contentions correctly describe the scope of the Patents-in-Suit or that Defendant infringes the Patents-in-Suit.

In the tables below, "Prior Art No." corresponds to the number of the prior art reference identified above. "A" indicates where Defendant has charted anticipation, "O" indicates where Defendant has charted obviousness, and "A/O" indicates where Defendant has charted both anticipation and obviousness. "Chart" refers to the designation of the attached charts that identify where specifically in each item of prior art each Asserted Claim is found, including for each element governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in each item of prior art that performs the claimed function.

| '848 Patent | | | |
|---|---|---|---|
| Prior Art No. | Prior Art Reference | Anticipation/ Obviousness | Chart |
| 01 | AU 2006100053 (Archibald) | O | A-1 |
| 02 | US 5,535,274 (Braitberg) | A/O | B-1 |
| 03 | US 2004/0090773 (Bryan) | O | C-1 |
| 04 | US 2004/0150944 (Byrne) | A/O | D-1 |
| 05 | JP2003032903A (Chih-Cheng) | A/O | E-1 |

| 06 | WO 2007/078312 (Cole PCT) | O | F-1 |
|----|---------------------------|----|-----|
|    | US 2008/0064504 (Cole) | O | F-4 |
| 07 | US 2007/0038434 (Cvetko) | A/O | G-1 |
| 08 | US 8,143,850 (Erickson) | A/O | H-1 |
| 09 | US 5,280,229 (Faude) | A/O | I-1 |
| 10 | US 7,625,286 (Hamada) | O | J-1 |
| 11 | US 2002/0115480 (Huang) | A/O | K-1 |
| 12 | US 2006/0172801 (Hussaini US 801) | O | L-1 |
| 13 | JP 2006204885 (Hussaini) | O | M-1 |
| 14 | WO 02/21247 (Janik) | O | N-1 |
| 15 | US 5,841,424 (Kikinis) | O | O-1 |
| 16 | JP H10-23124 (Koga) | A/O | P-1 |
| 17 | US 7,480,138 (Kogan) | A/O | Q-1 |
| 18 | KR20000003278U ('278 Patent) | O | R-1 |
| 19 | US 7,885,622 (Krampf) | A/O | S-1 |
| 20 | KR 200391886 (Lee) | A/O | T-1 |
| 21 | US 6,686,901 (Rosenberg) | O | U-1 |
| 22 | US 2006/0145039 (Shawver) | O | V-1 |
| 23 | KR20060023844A (Shim) | A/O | W-1 |
| 24 | JP 2000-188833A (Suzuki) | A/O | X-1 |
| 25 | JP 2004289897A (Tokida) | A/O | Y-1 |
| 26 | Belkin | A/O | Z-1 |
| 27 | Palmdock V | A/O | AA-1 |
| 28 | PowerPak | A/O | BB-1 |
| 29 | Universal Bridge | A/O | CC-1 |

-11-

Exhibit 2

-37-

| '832 Patent | | | |
|---|---|---|---|
| Prior Art No. | Prior Art Reference | Anticipation/ Obviousness | Chart |
| 01 | AU 2006100053 (Archibald) | O | A-2 |
| 02 | US 5,535,274 (Braitberg) | A/O | B-2 |
| 03 | US 2004/0090773 (Bryan) | O | C-2 |
| 04 | US 2004/0150944 (Byrne) | A/O | D-2 |
| 05 | JP2003032903A (Chih-Cheng) | A/O | E-2 |
| 06 | WO 2007/078312 (Cole PCT) | O | F-2 |
|  | US 2008/0064504 (Cole) | O | F-5 |
| 07 | US 2007/0038434 (Cvetko) | A/O | G-2 |
| 08 | US 8,143,850 (Erickson) | A/O | H-2 |
| 09 | US 5,280,229 (Faude) | A/O | I-2 |
| 10 | US 7,625,286 (Hamada) | O | J-2 |
| 11 | US 2002/0115480 (Huang) | A/O | K-2 |
| 12 | US 2006/0172801 (Hussaini US 801) | O | L-2 |
| 13 | JP 2006204885 (Hussaini) | O | M-2 |
| 14 | WO 02/21247 (Janik) | O | N-2 |
| 15 | US 5,841,424 (Kikinis) | O | O-2 |
| 16 | JP H10-23124 (Koga) | A/O | P-2 |
| 17 | US 7,480,138 (Kogan) | A/O | Q-2 |
| 18 | KR20000003278U ('278 Patent) | O | R-2 |
| 19 | US 7,885,622 (Krampf) | A/O | S-2 |
| 20 | KR 200391886 (Lee) | A/O | T-2 |
| 21 | US 6,686,901 (Rosenberg) | O | U-2 |
| 22 | US 2006/0145039 (Shawver) | O | V-2 |
| 23 | KR20060023844A (Shim) | A/O | W-2 |

| 24 | JP 2000-188833A (Suzuki) | A/O | X-2 |
|----|--------------------------|-----|-----|
| 25 | JP 2004289897A (Tokida) | A/O | Y-2 |
| 26 | Belkin | A/O | Z-2 |
| 27 | Palmdock V | A/O | AA-2 |
| 28 | PowerPak | A/O | BB-2 |
| 29 | Universal Bridge | A/O | CC-2 |

| '344 Patent | | | |
|-------------|---|---|---|
| Prior Art No. | Prior Art Reference | Anticipation/ Obviousness | Chart |
| 01 | AU 2006100053 (Archibald) | O | A-3 |
| 02 | US 5,535,274 (Braitberg) | A/O | B-3 |
| 03 | US 2004/0090773 (Bryan) | O | C-3 |
| 04 | US 2004/0150944 (Byrne) | A/O | D-3 |
| 05 | JP2003032903A (Chih-Cheng) | A/O | E-3 |
| 06 | WO 2007/078312 (Cole PCT) | O | F-3 |
|  | US 2008/0064504 (Cole) | O | F-6 |
| 07 | US 2007/0038434 (Cvetko) | A/O | G-3 |
| 08 | US 8,143,850 (Erickson) | A/O | H-3 |
| 09 | US 5,280,229 (Faude) | A/O | I-3 |
| 10 | US 7,625,286 (Hamada) | O | J-3 |
| 11 | US 2002/0115480 (Huang) | A/O | K-3 |
| 12 | US 2006/0172801 (Hussaini US 801) | O | L-3 |
| 13 | JP 2006204885 (Hussaini) | O | M-3 |
| 14 | WO 02/21247 (Janik) | O | N-3 |
| 15 | US 5,841,424 (Kikinis) | O | O-3 |
| 16 | JP H10-23124 (Koga) | A/O | P-3 |

| 17 | US 7,480,138 (Kogan) | A/O | Q-3 |
| 18 | KR20000003278U ('278 Patent) | O | R-3 |
| 19 | US 7,885,622 (Krampf) | A/O | S-3 |
| 20 | KR 200391886 (Lee) | A/O | T-3 |
| 21 | US 6,686,901 (Rosenberg) | O | U-3 |
| 22 | US 2006/0145039 (Shawver) | O | V-3 |
| 23 | KR20060023844A (Shim) | A/O | W-3 |
| 24 | JP 2000-188833A (Suzuki) | A/O | X-3 |
| 25 | JP 2004289897A (Tokida) | A/O | Y-3 |
| 26 | Belkin | A/O | Z-3 |
| 27 | Palmdock V | A/O | AA-3 |
| 28 | PowerPak | A/O | BB-3 |
| 29 | Universal Bridge | A/O | CC-3 |

### E.    Obviousness

In determining whether a claim is obvious, "[o]ften, it will be necessary for a court to look to interrelated teachings of multiple patents; the effects of demands known to the design community or present in the marketplace; and the background knowledge possessed by a person having ordinary skill in the art ["PHOSITA"], all in order to determine whether there was an apparent reason to combine the known elements in the fashion claimed by the patent at issue." *KSR Int'l Co. v. Teleflex, Inc.*, 550 U.S. 398, 418 (2007). In that regard, a patent claim may be obvious if the combination of elements was obvious to try or there existed at the time of the invention a known problem for which there was an obvious solution encompassed by the patent's claims. The obviousness determination includes consideration of inferences and creative steps that a person of ordinary skill in the art might use. A reference may be deemed analogous prior art where the reference (i) is from the same field of endeavor, regardless of the problem addressed;

and (ii) if not within the same field of endeavor, is reasonably pertinent to the particular problem with which the challenged claim is involved. *In re Bigio*, 381 F.3d 1320, 1325. In addition, when a reference is available in one field of endeavor, design incentives and other market forces can prompt variations of it, either in the same field or a different one. If a person of ordinary skill can implement a predictable variation, 35 U.S.C. § 103 likely bars its patentability.

No showing of a specific motivation to combine prior art is required to combine the references disclosed above and in the attached charts, as each combination would have expected results, and at most would simply represent a known alternative to one of skill in the art. *See KSR* at 415-18 (2007) (rejecting the Federal Circuit's "rigid" application of the teaching, suggestion, or motivation to combine test, instead espousing an "expansive and flexible" approach); *Q.I. Press Controls, B.V. v. Lee,* 732 F.3d 1371, 1379 (Fed. Cir. 2014). Indeed, the Supreme Court held that a person of ordinary skill is "a person of creativity, not an automaton" and "in many cases a person of ordinary skill will be able to fit the teachings of multiple patents together like pieces of a puzzle." *Id.* at 420-21; *see also* Examination Guidelines for Determining Obviousness Under 35 U.S.C. § 103 in View of the Supreme Court Decision in *KSR International Co. v. Telefax Inc.*, 72 Fed. Reg. 57,526 (Oct. 10, 2007). Nevertheless, in addition to the information contained elsewhere in these contentions, Defendant hereby identifies exemplary motivations and reasons to combine.

One or more combinations of the prior art references identified above would have been obvious because these references would have been combined using: known methods to yield predictable results; known techniques in the same way; a simple substitution of one known, equivalent element for another to obtain predictable results; and/or a teaching, suggestion, or motivation in the prior art generally. *See Q.I. Press Controls*, 732 F.3d at 1379; *Randall Mfg. v.*

*Rea*, 733 F.3d 1355, 1363 (Fed. Cir. 2013). In addition, it would have been obvious to try combining the prior art references identified above because there were only a finite number of predictable solutions and/or because known work in one field of endeavor prompted variations based on predictable design incentives and/or market forces either in the same field or a different one. *See KSR*, 127 S. Ct. at 1742; *Sanofi-Aventis Deutschland GmbH v. Glenmark Pharms. Inc., USA*, 748 F.3d 1354, 1360 (Fed. Cir. 2014); *Comaper Corp. v. Antec, Inc.*, 596 F.3d 1343, 1352 (Fed. Cir. 2010); *In re Kubin*, 561 F.3d 1351, 1359 (Fed. Cir. 2009). Further, the combinations of the prior art references identified above and in the claim charts would have been obvious because the combinations represent known potential options with a reasonable expectation of success*. See InTouch Techs., Inc. v. VGO Comms., Inc*., 751 F.3d 1327, 1347 (Fed. Cir. 2014).

Portable electronic devices such as two-way radios, cellular telephones, PDAs, PalmPilots, Blackberries, pagers, media players, remote controls, video game consoles and controllers, and other electronic peripheral and/or personal electronic devices have been engrained in our society for several decades. The inherent nature of these portable devices is that they require power via batteries. Once the batteries run out, they can either be replaced or recharged. Rechargeable batteries, such as lithium-ion batteries developed in the mid-80s and commercialized by 1991, have commonly powered our portable electronic devices since the early 90s. Recharging these batteries and devices can be done using a power adaptor typically provided with the product, or a variety of aftermarket products. Shortly after the release of any popular portable electronic device, a vast secondary market for device chargers, charging bases, charging cases, adaptors, docking stations and similar products for charging and docking the device was often established.

Various types of charging systems for two-way radios, cellular telephones, PDAs, PalmPilots, Blackberries, pagers, media players, remote controls, video game consoles and

controllers, and other electronic peripheral and/or personal electronic devices have been available since at least the 90s and early 2000s. For example, there are charging bases where the electrical leads of the device mate with electrical contacts in the charging base; charging bases with adaptors that plug into the charging base and/or the device and sit on the charging base to charge the device; charging cases where the electrical leads of the device mate with electrical contacts in the charge case; charging grips where the electrical contacts of the device mate with electrical contacts in the charging grip; charging cradles where the electrical leads of the device sit in a cradle for charging; and other types of charging bases, adaptors and devices.

All of these charging systems were directed at solving the same problems and goals identified by the Asserted Patents using concepts and technologies (e.g., charging bases, adaptors, docking stations, USB ports, mini-USB ports, etc.) that were well known to a PHOSITA years before 2007. The state of the prior art and existing systems at the time illustrate a PHOSITA's motivation to combine adaptors with charging bases for video game controllers – as had already been done for charging and/or docking systems for two-way radios, cellular telephones, PDAs, PalmPilots, Blackberries, pagers, media players, remote controls, video game consoles and controllers, and other electronic peripheral and/or personal electronic devices long before the alleged October 2007 priority date of the Asserted Patents.

Additional evidence that there would have been a motivation to combine the prior art references identified above includes the interrelated teachings of multiple prior art references; the effects of demands known to the device community or present in the marketplace; the existence of a known problem for which there was an obvious solution encompassed by the asserted claims; the existence of a known need or problem in the field of the endeavor at the time of the alleged invention(s); and the background knowledge that would have been possessed by a PHOSITA. *See*

*Norgren Inc. v. Int'l Trade Comm'n*, 699 F.3d 1317, 1322-23 (Fed. Cir. 2012); *Rolls-Royce, PLC v. United Techs. Corp.*, 603 F.3d 1325, 1339 (Fed. Cir. 2010); *Honeywell Int'l, Inc. v. U.S.*, 609 F.3d 1292, 1306-07 (Fed. Cir. 2010).

The motivation to combine the teachings of the prior art references disclosed herein is also found in the references themselves and in: (1) the nature of the problem being solved; (2) the express, implied and inherent teachings of the prior art; (3) the knowledge of persons having ordinary skill in the art; (4) the predictable results obtained in combining the different elements of the prior art; (5) the predictable results obtained in simple substitution of one known element for another; (6) the use of a known technique to improve similar devices, methods, or products in the same way; (7) the predictable results obtained in applying a known technique to a known device, method, or product ready for improvement; (8) the finite number of identified predictable solutions that had a reasonable expectation of success; and (9) known work in various technological fields that could be applied to the same or different technological fields based on design incentives or other market forces. *KSR*, 550 U.S. at 415–21.

A PHOSITA would have known to look to analogous fields including charging and docking systems for all types of portable electronic devices because it would require a simple substitution of one known element (*e.g.*, a cell phone charging component) for another (*e.g.*, a video game controller charging component). As such, charging and docking systems for two-way radios, cellular telephones, PDAs, PalmPilots, Blackberries, pagers, media players, remote controls, video game consoles and controllers, and other electronic peripheral and/or personal electronic devices would have been considered by a PHOSITA when attempting to solve the problem allegedly addressed in the Asserted Patents. In fact, the specification of the Asserted Patents concedes that charging and/or docking stations for all types of "accessory devices"

including "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable by stating the alleged invention described "may be used for other [consumer electronics devices] and accessory devices." (*See* '848 Specification Col. 15: 4-11.)

An evaluation of the various types of charging systems available in the early 2000s illustrates how well established the technology was and clearly indicates that a PHOSITA at the time of the invention would have known to combine one or more features from existing systems to make the obvious design modifications claimed in the Asserted Patents. For example, the Intec Charger Dock It Cradle for Nintendo DS, available at least by 2005, enabled a user to charge their Nintendo DS by placing it in a cradle.[1] The user could even play the Nintendo DS while it was charging in the cradle. Similarly, the Sonos Digital Music System Cradle (2005) offered a charging base with a recess and electrical leads such that when a user placed the Controller into the cradle, the electrical leads on the base lined up with electrical contacts on the bottom of the Controller causing the device to charge.[2] By way of another example, the Apple iPod photo dock[3], which was available at least by early 2005, enabled a user to set their iPod in the recess on the home base to charge and sync the device. Countless other examples of charging bases where the electric leads of the device to be charged match up with electrical contacts on the charging base were available and would have been known to PHOSITA prior to the alleged priority date of the Asserted Patents.

Adaptors for mating devices to charging bases were also well known prior to 2005. For example, the Palmdock V – available at least in January of 2000 – was an adaptor that snapped onto a newer Palm model to enable the user to use older accessories, including a charging cradle.

---

[1] *See* Intec Charger Dock It Cradle for Nintendo DS, HORI_00000494-506.
[2] *See* Sonos Digital Music System Cradle, HORI_00001899-HORI_00001920.
[3] *See* Apple iPod photo dock, HORI_00000909-HORI_00000989.

The Palmdock V clipped to the bottom of a Palm V/Vx and turned it's electrical interface into that of a Palm III, so that when a user placed the Palm V/Vx with the Palmdock adaptor into a PalmPilot charging cradle designed for a Palm III, the electrical leads and contacts mated and the device charged. The Palm could be used by the user while the Palmdock V remained attached. Another well-known adaptor, developed sometime during or prior to 2004, was the Belkin Dock Adaptor for the iPod shuffle. The Belkin Dock Adaptor enabled users to charge their iPod shuffle using the Dock Connector. The USB of the iPod shuffle was connected to the Belkin Dock adaptor which was then placed on the docking station within the recess such that the connector port of the docking station connected to the electrical contacts of the adaptor and charged the iPod shuffle. Several other charging bases with adaptors that plugged into the charging base and/or the device and sat on the charging base to charge the device existed prior to the alleged priority date of the Asserted Patents.

In the patent realm, multiple patents and publications from 2003-2006 and earlier described docking stations and accessories for recharging video game controllers and other personal electronic devices, as well as adaptors for the same. For example, Krieger et al. describes a grip accessory device with a housing for a handheld video game, wherein the handheld videogame fits into the housing and the housing has electrical contacts configured to charge the video game when it is placed in the housing. Werner, published in 2004, discloses an adaptor for connecting a media-content-receiving component to a docking base having a connection port.[4]

Multi-device charging stations were also known prior to the alleged priority date of the Asserted Patents. Serafat, published in March 2005, describes a charger unit that provides a docking station with multiple charger stands for wireless game devices.

---

[4] U.S. Patent No. US6767253B1 to Werner *et al.*

Adaptors and charge bases for portable electronic devices were so well known in the early 2000's that even more complex applications besides charging, such as communication, were widely used prior to the alleged priority date of the Asserted Patents. The electrical connection between the Palmdock V and a Palm V/Vx described above not only enabled charging but also communication between the device, the base, and a computer. Similarly, Strong (published November 23, 2006), describes docking a video game controller into another device such that the two devices are electrically connected and can communicate with one another.

Given the wide availability of all different types of charging docking stations, adaptors, and other charging systems well before the alleged priority date of the Asserted Patents, it is unreasonable to believe it would not have been obvious to a PHOSITA to combine a docking station and an adaptor for video game controllers. Aftermarket products were consistently tailored to new devices by mere substitution of the applicable charging ports. The Asserted Claims do just that, take the well-known combination of a docking station and an adaptor, and substitute a cell phone specific adaptor or iPod specific adaptor for an adaptor that utilizes a mini-USB (which was invented in April 2000 and standardized shortly thereafter).

Any reference or combination of references that anticipates or makes obvious an asserted independent claim also makes obvious any Asserted Claim dependent on that independent claim because every element of each dependent claim was known by a person of ordinary skill at the time of the alleged invention, and it would have been obvious to combine those known elements with the independent claims at least as a matter of common sense and routine innovation. The motivation and/or incentive to combine each of the prior art references identified in the accompanying Exhibits A-01 to CC-03 comes from many sources, including, but not limited to, the known, published prior art references and products themselves, the knowledge of those of

ordinary skill in the art, the common field of technology of the references, the commonality of the objectives and purposes of the references, and the teachings in the references directed to solving the problems that the Patents-in-Suit were allegedly directed to solving.

Accordingly, the teachings of the individual prior art references disclosed in these Invalidity Contentions, combined with the industry knowledge of a person of ordinary skill in the art at the time of the alleged invention of the Patents-in-Suit would render obvious the Asserted Claims. Provided below are some additional examples of motivations to combine the various prior art references disclosed in these Invalidity Contentions. These are only examples of the teachings, suggestions, motivations and/or reasons a person of ordinary skill in the art would have had to modify or combine the prior art noted in Exhibits A-01 to CC-03. Such combinations and teachings are also further identified in Exhibits A-01 to CC-03 with reference to disclosure of particular limitations. Exhibits A-01 to CC-03 describe example points in the prior art references at which a particular aspect of the claims are taught. Each of these teachings noted in Exhibits A-01 to CC-03 would teach, suggest, motivate, and/or provide a reason to a person of ordinary skill the art to modify or combine prior art references in relation to batteries and battery charging systems for two-way radios, cellular telephones, Personal Data Assistants (PDAs), PalmPilots, Blackberries, pagers, media players, remote controls, video game consoles and controllers, and other electronic peripheral and/or personal electronic devices as claimed. For these reasons and others, a person of ordinary skill in the art would have been motivated to combine any one of the prior art references listed in Exhibits A-01 to CC-03, or herein, with one or more of those prior art references list in Exhibits A-01 to CC-03 or herein.

1.    **Illustrative Obviousness Combinations and Motivations to Combine for the '848 Patent, the '832 Patent, and/or the '344 Patent.**

The following examples and those included in the chart below provide example obviousness combinations and illustrate why a PHOSITA would have been motivated to combine the primary reference and one or more secondary references.

For example, a PHOSITA would have been motivated to combine Cole with Braitberg because they are both in the same field of endeavor. Braitberg is directed to a universal charging docking station with adaptor for a wireless telephone and Cole is directed to a charging rack for wireless video game controllers. Both Braitberg and Cole are related to systems for charging and/or docking personal wireless electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date of the Asserted Patents to combine at least the charging/docking station with adaptor of Braitberg, with the game controller charging/docking rack of Cole to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the adaptor of Braitberg with the game controller of Cole is a simple substitution of one electronic device for another would have been obvious to try, would have yielded predictable results, and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Braitberg with Cole is the application of a known

technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of a second example, a PHOSITA would have been motivated to combine PowerPak with Braitberg because they are both in the same field of endeavor. Braitberg is directed to a universal charging docking station with adaptor for a wireless telephone and PowerPak is directed to a charging base and rechargeable battery pack adaptor for a hand held video game. Both Braitberg and PowerPak are related to systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date of the Asserted Patents to combine at least the charging/docking station with adaptor of Braitberg, with the handheld videogame charging base and battery pack adaptor of PowerPak to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the adaptor of Braitberg and/or PowerPak with the game controller of PowerPak is a simple substitution of one electronic device for another would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Braitberg with

PowerPak is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of a third example, a PHOSITA would have been motivated to combine Cvetko with PowerPak because they are both in the same field of endeavor. PowerPak is directed to a charging base and rechargeable battery pack adaptor for a hand held video game and Cvetko is directed to docking station system for electrically coupling and mounting an electronic device. Both PowerPak and Cvetko are related to systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date of the Asserted Patents to combine at least the docking station system and/or adaptor of Cvetko, with the handheld videogame charging base and/or battery pack adaptor of PowerPak to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the adaptor of PowerPak and/or Cvetko with the game controller of PowerPak is a simple substitution of one electronic device for another would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of PowerPak with Cvetko is the application of

a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of a fourth example, a PHOSITA would have been motivated to combine Palmdock V with PowerPak because they are both in the same field of endeavor. PowerPak is directed to a charging base and rechargeable battery pack adaptor for a hand held video game and Palmdock V is directed to an adaptor for the Palm V that enables it to fit into Palm III charging cradle. Both PowerPak and Palmdock V are related to systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging base of PowerPak, the cradle of Palmdock V, the rechargeable battery pack adaptor of PowerPak, and/or the adaptor of Palmdock V to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the adaptor of PowerPak and/or Palmdock with the game controller of PowerPak is a simple substitution of one electronic device for another would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of PowerPak with Palmdock is the

application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of a fifth example, a PHOSITA would have been motivated to combine Belkin with PowerPak because they are both in the same field of endeavor. PowerPak is directed to a charging base and rechargeable battery pack adaptor for a hand held video game and Belkin is directed to an USB dock adaptor for the iPod shuffle that enables it to fit into a charging cradle. Both PowerPak and Belkin are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging base of PowerPak, the USB adaptor of Belkin, the rechargeable battery pack adaptor of PowerPak, and/or the video game controller of PowerPak to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the adaptor of Belkin with the game controller of PowerPak is a simple substitution of one electronic device for another would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of PowerPak with Belkin is

the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of a sixth example, a PHOSITA would have been motivated to combine Belkin with Braitberg because they are both in the same field of endeavor. Braitberg is directed to a universal charging docking station with adaptor for a wireless telephone and Belkin is directed to an USB dock adaptor for the iPod shuffle that enables it to fit into a charging cradle. Both Braitberg and Belkin are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging/docking station with adaptor of Braitberg with the USB adaptor of Belkin to achieve a USB type charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the USB adaptor of Belkin with the charging/docking station of Braitberg is a simple substitution of one type of electronic input for another and would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Braitberg with Belkin is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results

By way of another example, a PHOSITA would have been motivated to combine Palmdock V with Braitberg because they are both in the same field of endeavor. Braitberg is directed to a

universal charging docking station with adaptor for a wireless telephone and Palmdock V is directed to an adaptor for the Palm V that enables it to fit into Palm III charging cradle. Both Braitberg and Palmdock V are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging/docking station with adaptor of Braitberg with the cradle and/or adaptor of Palmdock V because both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the adaptor and/or cradle of Palmdock V with the charging/docking station of Braitberg for a video game controller is a simple substitution of one type of electronic input for another and would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Braitberg with Palmdock is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of another example, a PHOSITA would have been motivated to combine Huang with Braitberg because they are both in the same field of endeavor. Braitberg is directed to a universal charging docking station with adaptor for a wireless telephone and Huang is directed to a base and adaptor for charging a cellphone. Both Braitberg and Huang are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices"

including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging/docking station with adaptor of Braitberg with the base and/or adaptor of Huang because both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the base and/or adaptor of Huang with the charging/docking station and/or adaptor of Braitberg for a video game controller is a simple substitution of one type of electronic device for another and would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Braitberg with Huang is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of another example, a PHOSITA would have been motivated to combine Cvetko with Braitberg because they are both in the same field of endeavor. Braitberg is directed to a universal charging docking station with adaptor for a wireless telephone and Cvetko is directed to docking station system for electrically coupling and mounting an electronic device. Both Braitberg and Cvetko are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority

date the Asserted Patents to combine at least the charging/docking station with adaptor of Braitberg with the docking station system and/or adaptor of Cvetko because both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the docking station system and/or adaptor of Cvetko with the charging/docking station and/or adaptor of Braitberg for a video game controller is a simple substitution of one type of electronic device for another and would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Braitberg with Cvetko is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of another example, a PHOSITA would have been motivated to combine PowerPak with Chi-Cheng because they are both in the same field of endeavor. Chi-Cheng is directed to a multipurpose charging device for portable information terminal devices and PowerPak is directed to a charging base and rechargeable battery pack adaptor for a hand held video game. Both Chi-Cheng and PowerPak are related to systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date of the Asserted Patents to combine at least the charging device of Chi-Cheng, with the handheld videogame charging base and battery pack adaptor of PowerPak to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward

solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the charging device of Chi-Cheng with the game controller of PowerPak is a simple substitution of one electronic device for another would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Chi-Cheng with PowerPak is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of another example, a PHOSITA would have been motivated to combine Erikson with Chi-Cheng because they are both in the same field of endeavor. Chi-Cheng is directed to a multipurpose charging device for portable information terminal devices and Erikson is directed to a system for charging portable electronic devices including a video game controller. Both Chi-Cheng and Erikson are related to systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date of the Asserted Patents to combine at least the charging device of Chi-Cheng, with the video game controller charging device of Erikson to achieve a game controller charging base that utilizes an adaptor. Moreover, both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the charging device of Chi-Cheng with the game controller charging device of Erikson is a simple substitution of one electronic device for another would have been obvious to try, would have

yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Chi-Cheng with Erikson is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of another example, a PHOSITA would have been motivated to combine PowerPak with Huang because they are both in the same field of endeavor. Huang is directed to a base and adaptor for charging a cellphone and PowerPak is directed to a charging base and rechargeable battery pack adaptor for a hand held video game. Both Huang and PowerPak are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging base and/or adaptor of Huang with the rechargeable battery pack adaptor and/or the video game controller of PowerPak because both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the base and/or adaptor of Huang with the rechargeable battery pack adaptor and/or video game controller of PowerPak is a simple substitution of one type of electronic device for another and would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Huang with

PowerPak is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

By way of another example, a PHOSITA would have been motivated to combine Erikson with Huang because they are both in the same field of endeavor. Huang is directed to a base and adaptor for charging a cellphone and Erikson is directed to a system for charging portable electronic devices including a video game controller. Both Huang and Erikson are related to adaptors and systems for charging and/or docking personal electronic devices. As conceded by the Specification of the Asserted Patents, charging and/or docking stations for all types of "accessory devices" including video game controllers, "cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices" are interchangeable. (See '848 Specification Col. 15: 4-11; see also '848 Specification Col. 1:23-45.) As such, it would have been obvious to a PHOSITA prior to the alleged priority date the Asserted Patents to combine at least the charging base and/or adaptor of Huang with the game controller charging device of Erikson because both references are directed toward solving the same problem, namely providing a docking station or base for charging electronic devices. Furthermore, the use of the base and/or adaptor of Huang with the game controller charging device of Erikson is a simple substitution of one type of electronic device for another and would have been obvious to try, would have yielded predictable results and the PHOSITA would have had a reasonable expectation of success. Finally, the use of Huang with Erikson is the application of a known technique to a known, similar device (method, or product) ready for improvement to yield predictable results.

Additional combinations and motivations are provided below and follow the aforementioned rationale.

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 1 | Archibald | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 2 | Archibald | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 3 | Archibald | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 4 | Archibald | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 5 | Archibald | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 6 | Archibald | Braitberg, Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 7 | Archibald | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 8 | Archibald | Braitberg, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 9 | Archibald | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 10 | Archibald | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 11 | Archibald | Bryan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 12 | Archibald | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 13 | Archibald | Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 14 | Archibald | Chi-Cheng, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 15 | Archibald | Chi-Cheng, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 16 | Archibald | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 17 | Archibald | Cole, Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 18 | Archibald | Cvetko | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 19 | Archibald | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 20 | Archibald | Erickson, Braitberg, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 21 | Archibald | Erickson, Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|     | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
| --- | --- | --- | --- |
| 22 | Archibald | Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 23 | Archibald | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 24 | Archibald | Huang Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 25 | Archibald | Huang, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 26 | Archibald | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 27 | Archibald | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 28 | Archibald | Huang, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 29 | Archibald | Huang, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 30 | Archibald | Huang, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 31 | Archibald | Huang, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 32 | Archibald | Huang, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 33 | Archibald | Huang, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 34 | Archibald | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 35 | Archibald | Huang, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|    | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|----|-------------------|------------------------|--------------------------|
| 36 | Archibald | Huang, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 37 | Archibald | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 38 | Archibald | Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 39 | Archibald | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 40 | Archibald | Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 41 | Archibald | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 42 | Archibald | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 43 | Archibald | Krampf, Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 44 | Archibald | Krampf, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 45 | Archibald | Krampf, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 46 | Archibald | Krampf, Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 47 | Archibald | Krampf, Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 48 | Archibald | Krampf, Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 49 | Archibald | Krampf, Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

-41-
Exhibit 2

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 50 | Archibald | Krampf, Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 51 | Archibald | Krampf, Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 52 | Archibald | Krampf, Braitberg,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 53 | Archibald | Krampf, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 54 | Archibald | Krampf, Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 55 | Archibald | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 56 | Archibald | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 57 | Archibald | Krampf, Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 58 | Archibald | Krampf, Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 59 | Archibald | Krampf, Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 60 | Archibald | Krampf, Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 61 | Archibald | Krampf, Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 62 | Archibald | Krampf, Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 63 | Archibald | Krampf, Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 64 | Archibald | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 65 | Archibald | Lee | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 66 | Archibald | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 67 | Archibald | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 68 | Archibald | PowerPak, Braitberg, | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 69 | Archibald | PowerPak, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 70 | Archibald | PowerPak, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 71 | Archibald | Shim | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 72 | Archibald | Suzuki | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 73 | Archibald | Suzuki, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 74 | Archibald | Suzuki, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 75 | Archibald | Suzuki, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 76 | Archibald | Tokida | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 77 | Archibald | Tokido, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 78 | Archibald | Tokido, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 79 | Archibald | Tokido, Cole, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 80 | Archibald | Tokido, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 81 | Archibald | Tokido, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 82 | Archibald | Tokido, Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 83 | Archibald | Tokido, Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 84 | Archibald | Tokido, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 85 | Archibald | Tokido, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 86 | Belkin | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 87 | Belkin | Faude | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 88 | Belkin | Faude, Erikson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 89 | Belkin | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 90 | Belkin | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 91 | Belkin | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 92 | Belkin | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 93 | Belkin | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 94 | Belkin | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 95 | Belkin | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 96 | Belkin | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 97 | Belkin | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 98 | Belkin | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 99 | Belkin | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 100 | Belkin | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 101 | Belkin | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 102 | Belkin | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 103 | Belkin | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 104 | Belkin | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 105 | Belkin | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 106 | Belkin | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 107 | Belkin | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 108 | Belkin | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 109 | Belkin | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 110 | Belkin | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 111 | Belkin | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 112 | Belkin | Cvetko, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 113 | Belkin | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 114 | Belkin | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 115 | Braitberg | Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 116 | Braitberg | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 117 | Braitberg | 278 Patent, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 118 | Braitberg | 278 Patent, Erikson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 119 | Braitberg | 278 Patent, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 120 | Braitberg | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 121 | Braitberg | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 122 | Braitberg | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 123 | Braitberg | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 124 | Braitberg | Cole, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 125 | Braitberg | Cole, Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 126 | Braitberg | Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 127 | Braitberg | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 128 | Braitberg | Erickson, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 129 | Braitberg | Erickson, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 130 | Braitberg | Erickson, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 131 | Braitberg | Faude | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 132 | Braitberg | Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 133 | Braitberg | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 134 | Braitberg | Huang, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 135 | Braitberg | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 136 | Braitberg | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 137 | Braitberg | Huang, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 138 | Braitberg | Huang, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 139 | Braitberg | Huang, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 140 | Braitberg | Huang, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 141 | Braitberg | Huang, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 142 | Braitberg | Huang, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 143 | Braitberg | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 144 | Braitberg | Huang, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 145 | Braitberg | Huang,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 146 | Braitberg | Huang. Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 147 | Braitberg | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 148 | Braitberg | Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 149 | Braitberg | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 150 | Braitberg | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 151 | Braitberg | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 152 | Braitberg | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 153 | Braitberg | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 154 | Braitberg | Krampf, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|   | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 155 | Braitberg | Krampf, Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 156 | Braitberg | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 157 | Braitberg | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 158 | Braitberg | Krampf, Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 159 | Braitberg | Krampf, Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 160 | Braitberg | Krampf, Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 161 | Braitberg | Krampf, Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 162 | Braitberg | Krampf, Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 163 | Braitberg | Krampf, Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 164 | Braitberg | Krampf, Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 165 | Braitberg | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 166 | Braitberg | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 167 | Braitberg | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 168 | Braitberg | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 169 | Braitberg | PowerPak, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 170 | Braitberg | PowerPak, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 171 | Braitberg | PowerPak, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 172 | Braitberg | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 173 | Braitberg | Shawver | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 174 | Braitberg | Suzuki, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 175 | Braitberg | Suzuki, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 176 | Braitberg | Suzuki, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 177 | Braitberg | Tokido, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 178 | Braitberg | Tokido, Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 179 | Braitberg | Tokido, Cole, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 180 | Braitberg | Tokido, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 181 | Braitberg | Tokido, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 182 | Braitberg | Tokido, Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|     | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
| --- | --- | --- | --- |
| 183 | Braitberg | Tokido, Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 184 | Braitberg | Tokido, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 185 | Braitberg | Tokido, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 186 | Braitberg | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 187 | Chi-Cheng | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 188 | Chi-Cheng | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 189 | Chi-Cheng | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 190 | Chi-Cheng | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 191 | Chi-Cheng | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 192 | Chi-Cheng | Cole, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 193 | Chi-Cheng | Cole, Braitberg, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 194 | Chi-Cheng | Cole, Braitberg, Bryne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 195 | Chi-Cheng | Cole, Bryne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 196 | Chi-Cheng | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 197 | Chi-Cheng | Erickson, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 198 | Chi-Cheng | Erickson, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 199 | Chi-Cheng | Erickson, Bryne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 200 | Chi-Cheng | Erickson, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 201 | Chi-Cheng | Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 202 | Chi-Cheng | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 203 | Chi-Cheng | Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 204 | Chi-Cheng | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 205 | Chi-Cheng | PowerPak, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 206 | Chi-Cheng | PowerPak, Bryne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 207 | Cvetko | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 208 | Cvetko | Braigberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 209 | Cvetko | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 210 | Cvetko | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 211 | Cvetko | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 212 | Cvetko | Braitberg, Cole, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 213 | Cvetko | Braitberg, Cole, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 214 | Cvetko | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 215 | Cvetko | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 216 | Cvetko | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 217 | Cvetko | Braitberg, Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 218 | Cvetko | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 219 | Cvetko | Braitberg, Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 220 | Cvetko | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 221 | Cvetko | Braitberg, Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 222 | Cvetko | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 223 | Cvetko | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 224 | Cvetko | Braitberg, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 225 | Cvetko | Braitberg, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 226 | Cvetko | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 227 | Cvetko | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 228 | Cvetko | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 229 | Cvetko | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 230 | Cvetko | Cole, Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 231 | Cvetko | Cole, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 232 | Cvetko | Cole, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 233 | Cvetko | Erickson, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 234 | Cvetko | Erickson, Braitberg, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 235 | Cvetko | Erickson, Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 236 | Cvetko | Erickson, Bryne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 237 | Cvetko | Huang Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 238 | Cvetko | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 239 | Cvetko | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 240 | Cvetko | Huang, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 241 | Cvetko | Huang, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 242 | Cvetko | Huang, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 243 | Cvetko | Huang, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 244 | Cvetko | Huang, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 245 | Cvetko | Huang, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 246 | Cvetko | Huang, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 247 | Cvetko | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 248 | Cvetko | Huang, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 249 | Cvetko | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 250 | Cvetko | Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 251 | Cvetko | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 252 | Cvetko | Krampf, Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 253 | Cvetko | Krampf, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 254 | Cvetko | Krampf, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 255 | Cvetko | Krampf, Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 256 | Cvetko | Krampf, Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 257 | Cvetko | Krampf, Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 258 | Cvetko | Krampf, Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 259 | Cvetko | Krampf, Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|   | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 260 | Cvetko | Krampf, Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 261 | Cvetko | Krampf, Braitberg,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 262 | Cvetko | Krampf, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 263 | Cvetko | Krampf, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 264 | Cvetko | Krampf, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 265 | Cvetko | Krampf, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 266 | Cvetko | Krampf, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 267 | Cvetko | Krampf, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 268 | Cvetko | Krampf, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 269 | Cvetko | Krampf, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 270 | Cvetko | Krampf, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 271 | Cvetko | Krampf, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 272 | Cvetko | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 273 | Cvetko | Krampf, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 274 | Cvetko | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 275 | Cvetko | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 276 | Cvetko | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 277 | Cvetko | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 278 | Erickson | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 279 | Erickson | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 280 | Erickson | Braitberg, Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 281 | Erickson | Cvetko, Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 282 | Erickson | Huang Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 283 | Erickson | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 284 | Erickson | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 285 | Erikson | Faude | |
| 286 | Erikson | Faude, Belkin | |
| 287 | Faude | Belkin, Erikson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 288 | Huang | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 289 | Huang | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 290 | Huang | Shawver | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 291 | Huang | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 292 | Huang | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 293 | Huang | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 294 | Huang | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 295 | Huang | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|     | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
| --- | --- | --- | --- |
| 296 | Huang | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 297 | Huang | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 298 | Huang | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 299 | Huang | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 300 | Huang | Braitberg, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 301 | Huang | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 302 | Huang | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|     | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|-----|-------------------|------------------------|---------------------------|
| 303 | Huang | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 304 | Huang | Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 305 | Huang | Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 306 | Huang | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 307 | Huang | Erickson, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 308 | Huang | Erickson, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 309 | Huang | Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 310 | Huang | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 311 | Huang | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 312 | Huang | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 313 | Huang | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 314 | Huang | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 315 | Huang | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 316 | Hussaini | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 317 | Hussaini | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 318 | Hussaini | Belkin, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 319 | Hussaini | Belkin, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 320 | Hussaini | braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 321 | Hussaini | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 322 | Hussaini | chi-cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 323 | Hussaini | chi-cheng, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 324 | Hussaini | chi-cheng, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 325 | Hussaini | Cvetko | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 326 | Hussaini | Cvetko, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 327 | Hussaini | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 328 | Hussaini | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 329 | Hussaini | Huang, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 330 | Hussaini | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 331 | Hussaini | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 332 | Hussaini | Janik, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 333 | Hussaini | Janik, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 334 | Hussaini | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 335 | Hussaini | Kikinis, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 336 | Hussaini | Kikinis, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 337 | Hussaini | Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 338 | Hussaini | Koga, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 339 | Hussaini | Koga, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 340 | Hussaini | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 341 | Hussaini | Krampf, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 342 | Hussaini | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 343 | Hussaini | Lee | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 344 | Hussaini | Lee, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 345 | Hussaini | Lee, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 346 | Hussaini | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 347 | Hussaini | Palmdock V, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 348 | Hussaini | Palmdock V, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 349 | Hussaini | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 350 | Hussaini | PowerPak, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 351 | Hussaini | PowerPak, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | **Primary Reference** | **Secondary Reference(s)** | **Motivation(s) to Combine** |
|---|---|---|---|
| 352 | Hussaini | Shim | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 353 | Hussaini | Shim, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 354 | Hussaini | Shim, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 355 | Hussaini | Suzuki | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 356 | Hussaini | Suzuki, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 357 | Hussaini | Suzuki, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 358 | Hussaini | Tokido | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 359 | Hussaini | Tokido, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 360 | Hussaini | Tokido, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 361 | Hussaini | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 362 | Hussaini | Universal Bridge, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 363 | Hussaini | Universal Bridge, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 364 | Hussaini US 801 | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 365 | Hussaini US 801 | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 366 | Hussaini US 801 | Belkin, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 367 | Hussaini US 801 | Belkin, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 368 | Hussaini US 801 | braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 369 | Hussaini US 801 | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 370 | Hussaini US 801 | chi-cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 371 | Hussaini US 801 | chi-cheng, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 372 | Hussaini US 801 | chi-cheng, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|   | **Primary Reference** | **Secondary Reference(s)** | **Motivation(s) to Combine** |
|---|---|---|---|
| 373 | Hussaini US 801 | Cvetko | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 374 | Hussaini US 801 | Cvetko, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 375 | Hussaini US 801 | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 376 | Hussaini US 801 | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 377 | Hussaini US 801 | Huang, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 378 | Hussaini US 801 | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 379 | Hussaini US 801 | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|     | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
| --- | --- | --- | --- |
| 380 | Hussaini US 801 | Janik, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 381 | Hussaini US 801 | Janik, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 382 | Hussaini US 801 | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 383 | Hussaini US 801 | Kikinis, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 384 | Hussaini US 801 | Kikinis, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 385 | Hussaini US 801 | Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 386 | Hussaini US 801 | Koga, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 387 | Hussaini US 801 | Koga, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 388 | Hussaini US 801 | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 389 | Hussaini US 801 | Krampf, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 390 | Hussaini US 801 | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 391 | Hussaini US 801 | Lee | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 392 | Hussaini US 801 | Lee, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 393 | Hussaini US 801 | Lee, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 394 | Hussaini US 801 | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 395 | Hussaini US 801 | Palmdock V, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 396 | Hussaini US 801 | Palmdock V, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 397 | Hussaini US 801 | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 398 | Hussaini US 801 | PowerPak, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 399 | Hussaini US 801 | PowerPak, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 400 | Hussaini US 801 | Shim | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 401 | Hussaini US 801 | Shim, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 402 | Hussaini US 801 | Shim, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 403 | Hussaini US 801 | Suzuki | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 404 | Hussaini US 801 | Suzuki, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 405 | Hussaini US 801 | Suzuki, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 406 | Hussaini US 801 | Tokido | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 407 | Hussaini US 801 | Tokido, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 408 | Hussaini US 801 | Tokido, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 409 | Hussaini US 801 | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 410 | Hussaini US 801 | Universal Bridge, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 411 | Hussaini US 801 | Universal Bridge, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 412 | Kikinis | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 413 | Kikinis | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 414 | Kikinis | Belkin, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 415 | Kikinis | Belkin, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 416 | Kikinis | braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 417 | Kikinis | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 418 | Kikinis | chi-cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 419 | Kikinis | chi-cheng, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 420 | Kikinis | chi-cheng, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 421 | Kikinis | Cvetko | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 422 | Kikinis | Cvetko, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 423 | Kikinis | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 424 | Kikinis | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 425 | Kikinis | Huang, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 426 | Kikinis | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 427 | Kikinis | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 428 | Kikinis | Janik, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 429 | Kikinis | Janik, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 430 | Kikinis | Kikinis, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 431 | Kikinis | Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 432 | Kikinis | Koga, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 433 | Kikinis | Koga, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 434 | Kikinis | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 435 | Kikinis | Krampf, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 436 | Kikinis | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 437 | Kikinis | Lee | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 438 | Kikinis | Lee, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 439 | Kikinis | Lee, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 440 | Kikinis | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 441 | Kikinis | Palmdock V, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 442 | Kikinis | Palmdock V, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 443 | Kikinis | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 444 | Kikinis | PowerPak, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 445 | Kikinis | PowerPak, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 446 | Kikinis | Shim | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 447 | Kikinis | Shim, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 448 | Kikinis | Shim, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 449 | Kikinis | Suzuki | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 450 | Kikinis | Suzuki, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 451 | Kikinis | Suzuki, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 452 | Kikinis | Tokido | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 453 | Kikinis | Tokido, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 454 | Kikinis | Tokido, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 455 | Kikinis | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 456 | Kikinis | Universal Bridge, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 457 | Kikinis | Universal Bridge, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 458 | Koga | Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 459 | Koga | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 460 | Koga | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 461 | Koga | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 462 | Koga | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 463 | Koga | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|   | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 464 | Koga | Cole, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 465 | Koga | Cole, Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 466 | Koga | Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 467 | Koga | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 468 | Koga | Erickson, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 469 | Koga | Erickson, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 470 | Koga | Erickson, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 471 | Koga | Faude | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 472 | Koga | Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 473 | Koga | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 474 | Koga | Huang Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 475 | Koga | Huang, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 476 | Koga | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 477 | Koga | Huang, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 478 | Koga | Huang, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 479 | Koga | Huang, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 480 | Koga | Huang, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 481 | Koga | Huang, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 482 | Koga | Huang, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 483 | Koga | Huang, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 484 | Koga | Huang, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 485 | Koga | Huang, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 486 | Koga | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 487 | Koga | Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 488 | Koga | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 489 | Koga | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 490 | Koga | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 491 | Koga | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 492 | Koga | Krampf, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 493 | Koga | Krampf, Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 494 | Koga | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 495 | Koga | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 496 | Koga | Krampf, Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 497 | Koga | Krampf, Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 498 | Koga | Krampf, Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 499 | Koga | Krampf, Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 500 | Koga | Krampf, Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 501 | Koga | Krampf, Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 502 | Koga | Krampf, Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 503 | Koga | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 504 | Koga | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 505 | Koga | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 506 | Koga | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 507 | Koga | PowerPak, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 508 | Koga | PowerPak, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 509 | Koga | PowerPak, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 510 | Koga | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 511 | Koga | Shawver | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 512 | Koga | Shawver | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 513 | Koga | Suzuki, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 514 | Koga | Suzuki, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 515 | Koga | Suzuki, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 516 | Koga | Tokido, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 517 | Koga | Tokido, Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 518 | Koga | Tokido, Cole, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 519 | Koga | Tokido, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 520 | Koga | Tokido, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 521 | Koga | Tokido, Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 522 | Koga | Tokido, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 523 | Koga | Tokido, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 524 | Koga | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 525 | Kogan | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 526 | Kogan | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 527 | Kogan | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 528 | Kogan | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 529 | Kogan | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 530 | Kogan | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 531 | Kogan | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 532 | Kogan | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 533 | Kogan | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 534 | Kogan | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 535 | Kogan | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 536 | Kogan | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 537 | Kogan | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 538 | Kogan | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 539 | Kogan | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 540 | Kogan | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 541 | Kogan | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 542 | Kogan | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 543 | Kogan | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 544 | Kogan | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 545 | Kogan | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 546 | Kogan | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 547 | Kogan | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 548 | Kogan | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 549 | Kogan | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 550 | Krampf | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 551 | Krampf | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 552 | Krampf | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 553 | Krampf | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 554 | Krampf | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 555 | Krampf | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 556 | Krampf | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 557 | Krampf | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 558 | Krampf | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 559 | Krampf | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 560 | Krampf | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 561 | Krampf | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 562 | Krampf | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 563 | Krampf | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 564 | Krampf | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 565 | Krampf | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 566 | Krampf | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 567 | Krampf | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 568 | Krampf | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 569 | Krampf | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 570 | Krampf | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 571 | Krampf | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 572 | Krampf | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 573 | Krampf | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 574 | Krampf | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 575 | Krampf | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 576 | Lee | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 577 | Lee | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 578 | Lee | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 579 | Lee | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 580 | Lee | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 581 | Lee | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 582 | Lee | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 583 | Lee | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 584 | Lee | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 585 | Lee | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 586 | Lee | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 587 | Lee | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 588 | Lee | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 589 | Lee | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 590 | Lee | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 591 | Lee | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 592 | Lee | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 593 | Lee | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 594 | Lee | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 595 | Lee | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 596 | Lee | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 597 | Lee | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 598 | Lee | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 599 | Lee | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 600 | Lee | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 601 | Palmdock V | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 602 | Palmdock V | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 603 | Palmdock V | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 604 | Palmdock V | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 605 | Palmdock V | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 606 | Palmdock V | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 607 | Palmdock V | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 608 | Palmdock V | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 609 | Palmdock V | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 610 | Palmdock V | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 611 | Palmdock V | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 612 | Palmdock V | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 613 | Palmdock V | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 614 | Palmdock V | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 615 | Palmdock V | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 616 | Palmdock V | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 617 | Palmdock V | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 618 | Palmdock V | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 619 | Palmdock V | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 620 | Palmdock V | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 621 | Palmdock V | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 622 | Palmdock V | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 623 | Palmdock V | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 624 | Palmdock V | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 625 | Palmdock V | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 626 | PowerPak | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 627 | PowerPak | 278 Patent, Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 628 | PowerPak | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 629 | PowerPak | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 630 | PowerPak | Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 631 | PowerPak | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 632 | PowerPak | Cole, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 633 | PowerPak | Cole, Byrne | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 634 | PowerPak | Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 635 | PowerPak | Cvetko | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 636 | PowerPak | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 637 | PowerPak | Erickson, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 638 | PowerPak | Erickson, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 639 | PowerPak | Faude | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 640 | PowerPak | Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 641 | PowerPak | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 642 | PowerPak | Huang Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 643 | PowerPak | Huang, Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 644 | PowerPak | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 645 | PowerPak | Huang, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 646 | PowerPak | Huang, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 647 | PowerPak | Huang, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 648 | PowerPak | Huang, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 649 | PowerPak | Huang, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 650 | PowerPak | Huang, Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 651 | PowerPak | Huang, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 652 | PowerPak | Huang,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 653 | PowerPak | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 654 | PowerPak | Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 655 | PowerPak | Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 656 | PowerPak | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 657 | PowerPak | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 658 | PowerPak | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 659 | PowerPak | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 660 | PowerPak | Krampf, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 661 | PowerPak | Krampf, Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 662 | PowerPak | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 663 | PowerPak | Krampf, Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 664 | PowerPak | Krampf, Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 665 | PowerPak | Krampf, Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 666 | PowerPak | Krampf, Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 667 | PowerPak | Krampf, Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 668 | PowerPak | Krampf, Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 669 | PowerPak | Krampf, Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 670 | PowerPak | Krampf, Cvetko, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 671 | PowerPak | Krampf, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 672 | PowerPak | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 673 | PowerPak | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 674 | PowerPak | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 675 | PowerPak | PowerPak, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 676 | PowerPak | PowerPak, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 677 | PowerPak | PowerPak, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 678 | PowerPak | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 679 | PowerPak | Shawver | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 680 | PowerPak | Suzuki, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 681 | PowerPak | Suzuki, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 682 | PowerPak | Tokido, Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 683 | PowerPak | Tokido, Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 684 | PowerPak | Tokido, Cole, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 685 | PowerPak | Tokido, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 686 | PowerPak | Tokido, Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 687 | PowerPak | Tokido, Janik | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 688 | PowerPak | Tokido, Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 689 | PowerPak | Tokido, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 690 | PowerPak | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 691 | Shawver | Belkin | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 692 | Shawver | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 693 | Shawver | Chi-Cheng | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 694 | Shawver | Cvetko | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 695 | Shawver | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 696 | Shawver | Huang | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 697 | Shawver | Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 698 | Shawver | Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 699 | Shawver | Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 700 | Shawver | Koga | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 701 | Shawver | Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 702 | Shawver | Krampf | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 703 | Shawver | Lee | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 704 | Shawver | Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 705 | Shawver | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 706 | Shawver | Shim | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 707 | Shawver | Suzuki | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 708 | Shawver | Tokina | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 709 | Shawver | Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 710 | Shim | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 711 | Shim | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 712 | Shim | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 713 | Shim | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 714 | Shim | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 715 | Shim | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 716 | Shim | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 717 | Shim | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 718 | Shim | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 719 | Shim | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 720 | Shim | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 721 | Shim | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 722 | Shim | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 723 | Shim | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 724 | Shim | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 725 | Shim | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 726 | Shim | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 727 | Shim | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 728 | Shim | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 729 | Shim | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 730 | Shim | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 731 | Shim | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 732 | Shim | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 733 | Shim | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 734 | Shim | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 735 | Shim | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 736 | Suzuki | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|  | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 737 | Suzuki | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 738 | Suzuki | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 739 | Suzuki | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 740 | Suzuki | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 741 | Suzuki | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 742 | Suzuki | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 743 | Suzuki | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 744 | Suzuki | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 745 | Suzuki | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 746 | Suzuki | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 747 | Suzuki | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 748 | Suzuki | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 749 | Suzuki | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 750 | Suzuki | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 751 | Suzuki | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 752 | Suzuki | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 753 | Suzuki | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 754 | Suzuki | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 755 | Suzuki | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 756 | Suzuki | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 757 | Suzuki | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 758 | Suzuki | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 759 | Suzuki | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 760 | Suzuki | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 761 | Suzuki | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 762 | Suzuki | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 763 | Tokida | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 764 | Tokida | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 765 | Tokida | Braitberg, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 766 | Tokida | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 767 | Tokida | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 768 | Tokida | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 769 | Tokida | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 770 | Tokida | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 771 | Tokida | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 772 | Tokida | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 773 | Tokida | Braitberg, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 774 | Tokida | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 775 | Tokida | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 776 | Tokida | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 777 | Tokida | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 778 | Tokida | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 779 | Tokida | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 780 | Tokida | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 781 | Tokida | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 782 | Tokida | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 783 | Tokida | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 784 | Tokida | Cvetko, Universal Bridge | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 785 | Tokida | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 786 | Tokida | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 787 | Tokida | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 788 | Tokida | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 789 | Tokina | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 790 | Universal Bridge | Braitberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 791 | Universal Bridge | Braitberg Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 792 | Universal Bridge | Braitberg, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 793 | Universal Bridge | Braitberg, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 794 | Universal Bridge | Braitberg, Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 795 | Universal Bridge | Braitberg, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 796 | Universal Bridge | Braitberg, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 797 | Universal Bridge | Braitberg, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 798 | Universal Bridge | Braitberg, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 799 | Universal Bridge | Braitberg, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 800 | Universal Bridge | Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 801 | Universal Bridge | Cvetko Hussaini US 801 | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 802 | Universal Bridge | Cvetko, Cole | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 803 | Universal Bridge | Cvetko, Cole, Palmdock V | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 804 | Universal Bridge | Cvetko, Cole, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 805 | Universal Bridge | Cvetko, Hamada | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 806 | Universal Bridge | Cvetko, Hussaini | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

|   | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 807 | Universal Bridge | Cvetko, Kikinis | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 808 | Universal Bridge | Cvetko, Kogan | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 809 | Universal Bridge | Cvetko, PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 810 | Universal Bridge | Cvetko,Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 811 | Universal Bridge | Erickson | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 812 | Universal Bridge | PowerPak | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |
| 813 | Universal Bridge | Rosenberg | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

| | Primary Reference | Secondary Reference(s) | Motivation(s) to Combine |
|---|---|---|---|
| 814 | Universal Bridge | 278 Patent | A PHOSITA would have been motivated to combine the primary reference with the secondary reference(s) because they are in analogous fields of endeavor and would have thus been consulted by a PHOSITA in seeking a solution to the problem that the inventor of the Asserted Patents was attempting to solve. |

## F.   Secondary Considerations of Obviousness

NYKO has not identified any secondary consideration or other objective evidence of non-obviousness. Defendant reserves its right to submit contentions and evidence to rebut any secondary consideration or other objective evidence that NYKO may later identify.

## III.   Invalidity Contentions Based on 35 U.S.C. §112

HORI provides below an identification of asserted claims that are—at least as apparently construed by NYKO in its Infringement Contentions—invalid pursuant to 35 U.S.C. § 112 as indefinite, not enabled, and/or lacking a sufficient written description. A more detailed basis for HORI's written description, enablement, and/or indefiniteness defenses will be set forth in its expert report(s) on invalidity, to be served in accordance with the Court's scheduling order. HORI has not yet taken any depositions related to these issues. HORI specifically reserves the right to amend and/or supplement these Invalidity Contentions based on a failure to comply with the requirements of 35 U.S.C. § 112. Furthermore, HORI specifically reserves the right to amend and/or supplement these Invalidity Contentions based on a failure to comply with the requirements of 35 U.S.C. § 112(a) which provides that "The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor or joint inventor of carrying out the invention." Additionally, the asserted claims

recite generic placeholders modified by functional language and should therefore be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph.

**A.    '848 Patent**

1. "connector configured to couple to the power input port"

Claim 25 of the '848 Patent contains functional language that renders the claims indefinite because these components are claimed and defined in the specification by what they do, rather than what they are. The functional limitation "configured to couple" fails to adequately define the structural characteristics of the connector that enable it to couple to the power input port. Additionally, such a term is indefinite because the requisite degree of coupling is ambiguous. For example, it is unclear whether a connector configured to couple via another mechanism is covered by the Asserted Claims and it is unclear whether physical coupling, electrical coupling or both are required to meet the claim limitation.

Furthermore, "connector" is a generic placeholder modified by the functional limitation "configured to couple." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof. The definition of the connector in the specification is "that is configured to connect to the power of the accessory device to be charged." This functional definition still fails to define the structure of the connector and the limitation is therefore indefinite. The only example provided in the specification that may be considered "corresponding structure" for a 35 U.S.C. § 112, sixth paragraph interpretation is "the connector 542 is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, Such as the PlayStation3(R)." As such, the "connector

configured to couple to the power input port" limitation is indefinite and, at best, limited to a female mini-USB connector on a PlayStation3® controller under 35 U.S.C. § 112, sixth paragraph.

2. "adapter is removably attachable on the video game controller and configured to remain attached"

Claim 25 of the '848 Patent contains additional functional language that renders the claims indefinite. The adapter is claimed and defined in the specification by what it does, rather than what it is. The functional limitation "configured to remain attached" fails to adequately define the structural characteristics of the connector that enable it to "remain attached." Additionally, such a term is indefinite because there is no definite length of time for which the adapter is configured to remain attached. Additionally, the function of this limitation is contradicting. First the limitation defines the adaptor as being "removably attachable" or presumably able to be attached and removed, yet the remainder of the limitations defines the adaptor as being "configured to remain attached" which would be by definition not be removed. As such, the aforementioned limitation is indefinite.

Furthermore, "adaptor" is a generic placeholder modified by the functional limitations "removably attachable" and "configured to remain attached." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof.

3. "docking structure configured to receive the video game controller"

Claim 25 of the '848 Patent contains additional functional language that renders the claims indefinite. The adapter is claimed and defined in the specification by what it does, rather than what it is. The functional limitation "configured to remain attached" fails to adequately define the structural characteristics of the connector that enable it to "remain attached." Additionally, such a

term is indefinite because there is no definite length of time for which the adapter is configured to remain attached. Additionally, the function of this limitation is contradicting. First the limitation defines the adaptor as being "removably attachable" or presumably able to be attached and removed, yet the remainder of the limitations defines the adaptor as being "configured to remain attached" which would be by definition not be removed. As such, the aforementioned limitation is indefinite.

### 4. "at least one spring biasing the plurality of electrical contacts"

Claim 26 of the '848 Patent is also invalid under 35 U.S.C. § 112, ¶ 2 because the claim language, when read in light of the intrinsic record, fails to inform a person of ordinary skill in the art the scope of the claimed invention with respect to the claim limitation "at least one spring biasing the plurality of electrical contacts." For example, one of ordinary skill in the art cannot know with reasonable certainty what it means for a spring to "bias." The specification does not contain any mention of the term "bias," let alone a definition. Using a standard dictionary definition causes uncertainty because a spring cannot "show inclination or prejudice for" the plurality of electrical contacts. Thus, the claim language, when read in light of the intrinsic record, fails to inform a person of ordinary skill in the art the scope of the claimed invention with respect to this claim limitation. In addition, this claim is invalid under 35 U.S.C. § 112, ¶ 1 because the specification and claims fail to enable one of skill in the art to implement any system wherein "at least one spring [is] biasing the plurality of electrical contacts." The claim limitation appears to be impossible to implement, and, without more, one of skill in the art would be unable to create a system wherein "at least one spring [is] biasing the plurality of electrical contacts."

### B.     '832 Patent

### 1. "connector configured to couple to the power input port"

Claim 1 of the '832 Patent contains functional language that renders the claims indefinite because these components are claimed and defined in the specification by what they do, rather than what they are. The functional limitation "configured to couple" fails to adequately define the structural characteristics of the connector that enable it to couple to the power input port. Additionally, such a term is indefinite because the requisite degree of coupling is ambiguous. For example, it is unclear whether a connector configured to couple via another mechanism is covered by the Asserted Claims and it is unclear whether physical coupling, electrical coupling or both are required to meet the claim limitation.

Furthermore, "connector" is a generic placeholder modified by the functional limitation "configured to couple." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof. The definition of the connector in the specification is "that is configured to connect to the power of the accessory device to be charged." This functional definition still fails to define the structure of the connector and the limitation is therefore indefinite. As such, the "connector configured to couple to the power input port" limitation is indefinite and, at best, limited to a female mini-USB connector on a PlayStation3® controller under 35 U.S.C. § 112, sixth paragraph.

2. "docking bay configured to receive the video game controller"

Claim 1 of the '832 Patent contains additional functional language that renders the claims indefinite because these components are claimed and defined in the specification by what they do, rather than what they are. The functional limitation "configured to receive" fails to adequately claim the structural characteristics of the "structure defining a docking bay" that enable it to receive

the video game controller. Additionally, such a term is indefinite because the requisite structure is ambiguous.

Furthermore, "structure defining a docking bay" is a generic placeholder modified by the functional limitation "configured to receive." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof.

### C.   '344 Patent

1. "connector fixed to the body and configured to removably and electrically couple the adapter to the power input port"

Claim 15 of the '344 Patent also contains functional language that renders the claims indefinite. The adapter is claimed and defined in the specification by what it does, rather than what it is. The functional limitation "configured to removably and electrically couple" fails to adequately define the structural characteristics of the connector that enable it to "configured to removably and electrically couple." Additionally, such a term is indefinite because the requisite degree of coupling or method of coupling is ambiguous. For example, it is unclear whether a connector configured to couple via another mechanism is covered by the Asserted Claims and it is unclear whether physical coupling, electrical coupling or both are required to meet the claim limitation. As such, this limitation is indefinite.

Furthermore, "connector" is a generic placeholder modified by the functional limitation "configured to removably and electrically couple." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof. The definition of the connector in the specification is "that is configured to connect to the power of the accessory device to be

charged." This functional definition still fails to define the structure of the connector and the limitation is therefore indefinite. As such, the "connector configured to couple to the power input port" limitation is indefinite and, at best, limited to a female mini-USB connector on a PlayStation3® controller under 35 U.S.C. § 112, sixth paragraph.

      2.  <u>"docking bay defining a recess of a shape configured to mate with the adapter body"</u>

Claim 15 of the '344 Patent also contains functional language that renders the claims indefinite because these components are claimed and defined in the specification by what they do, rather than what they are. The functional limitation "configured to mate" fails to adequately claim the structural characteristics of the "docking bay defining a recess" that enable it "mate with the adapter body." Additionally, such a term is indefinite because one of ordinary skill in the art cannot know with reasonable certainty what it means for a recess (e.g., a void, or otherwise empty space that lacks structure) to be "configured to mate" with an adaptor. A "recess" (i.e., a void with no structure) cannot be configured to mate with anything regardless of its shape because it lacks structure. Thus, the claim language, when read in light of the intrinsic record, fails to inform a person of ordinary skill in the art the scope of the claimed invention with respect to this claim limitation. In addition, this claim is invalid under 35 U.S.C. § 112, ¶ 1 because the specification and claims fail to enable one of skill in the art to implement any system wherein a "recess [is] of a shape configured to mate with the adapter." The claim limitation appears to be impossible to implement, and, without more, one of skill in the art would be unable to create a "recess" in any manner that would allow the "recess" itself to be "mated" with any other structure element, including an "adaptor body."

Furthermore, a "docking bay" is a generic placeholder modified by the functional limitation "defining a recess of a shape configured to mate." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof.

    3.  <u>"electrical contact electrically coupled to the power input and configured to electrically contact the at least one electrical lead"</u>

Claim 15 of the '344 Patent contains functional language that renders the claims indefinite because these components are claimed and defined in the specification by what they do, rather than what they are. The functional limitation "configured to electrically contact" fails to adequately define the structural characteristics of the electrical contact that enable it to couple to the power input port. Additionally, such a term is indefinite because the requisite degree of coupling is ambiguous. For example, it is unclear whether electrical contact achieved via a cord is covered by the Asserted Claims.

Furthermore, "electrical contact" is a generic placeholder modified by the functional limitation "configured to electrically contact." As such, functional claim limitations should be interpreted under pre-AIA 35 U.S.C. § 112, sixth paragraph and limited to the corresponding structure described in the specification and the equivalents thereof.

Additionally, Claim 15 of the '344 Patent is also invalid under 35 U.S.C. § 112, ¶ 2 because the claim language, when read in light of the intrinsic record, fails to inform a person of ordinary skill in the art the scope of the claimed invention with respect to the claim limitation "<u>electrical contact *electrically coupled* to the power input</u>." For example, one of ordinary skill in the art cannot know with reasonable certainty what it means for an electrical contact to be "<u>electrically coupled to the power input</u>." The specification does not contain any definition of the term "electrically

Exhibit 2

coupled." One cannot determine what is meant by the term "electrically coupled." For example, a PHOSITA would not be able to determine based on the Specification whether direct or indirect contact is required by the claims. Thus, the claim limitation "electrically coupled" is indefinite. In addition, this claim is invalid under 35 U.S.C. § 112, ¶ 1 because the specification and claims fail to enable one of skill in the art to implement any system wherein there is an "<u>electrical contact</u> <u>*electrically coupled* to the power input</u>."

4.   <u>"adapter body and recess are mated"</u>

Claim 15 of the '344 Patent is also invalid under 35 U.S.C. § 112, ¶ 2 because the claim language, when read in light of the intrinsic record, fails to inform a person of ordinary skill in the art the scope of the claimed invention with respect to the claim limitation "adapter body and recess are mated." For example, one of ordinary skill in the art cannot know with reasonable certainty what it means for a recess (e.g., a void, or otherwise empty space that lacks structure) can possibly be "mated" with a structural element. A structural element may be mated with another element because in includes structure, but that is not what is claimed. What is claimed is that the "recess" is mated with the "adaptor body." However, a "recess" itself (a void with no structure) cannot be mated with a structural element because it lacks rigidity entirely. Thus, the claim language, when read in light of the intrinsic record, fails to inform a person of ordinary skill in the art the scope of the claimed invention with respect to this claim limitation. In addition, this claim is invalid under 35 U.S.C. § 112, ¶ 1 because the specification and claims fail to enable one of skill in the art to implement any system wherein an "adapter body and recess are mated." The claim limitation appears to be impossible to implement, and, without more, one of skill in the art would be unable to create a "recess" in any manner that would allow the "recess" itself to be "mated" with any other structure element, including an "adaptor body."

## IV.     UNENFORCEABILITY CONTENTIONS

Hori maintains and reserves the right to amend its previous assertion that all of the asserted claims are unenforceable due to Plaintiff's inequitable conduct. In summary, Plaintiff, Amir Navid (the named inventor on the '848, '832, and '344 patents and Plaintiff's Vice President of Product Development at the time), and Plaintiff's prosecution counsel, violated their duty of candor under 37 C.F.R. § 1.56. The duty of candor under 37 C.F.R. § 1.56 requires applicants to disclose known material information to the USPTO during the prosecution of patent applications. Intentional failure to disclose such material information renders any obtained patent unenforceable. As set forth more fully below, Plaintiff, Mr. Navid, and Plaintiff's counsel intentionally failed to disclose the prior public use and sale of a charger claimed in the '848 patent. The charger was in public use and on sale more than a year before Plaintiff, Mr. Navid, and Plaintiff's counsel filed the '848 patent application.

Plaintiff and Mr. Navid cannot dispute their knowledge that the claimed charge base was used publicly and offered for sale more than a year prior to the filing the '848 patent application. In a prior litigation against Energizer, Plaintiff conceded that it publicly used and offered for sale the claimed charge base more than a year prior to the filing the application. Appellant's Br. at 16 n.2, *NYKO Techs., Inc. v. Energizer Holdings, Inc.*, 589 F. App'x 987 (Fed. Cir. 2015) (No. 14-1085). Furthermore, the inventor himself (Mr. Navid) conducted the public disclosure and offers for sale of the invalidating charge base. "The undisputed facts, and those that are without substantial controversy, establish that (1) the invention described in the '848 Patent was in public use and offered for sale in January 2007" while the filing date of the '848 patent was more than one year later in March 2008. *NYKO Techs. Inc v. Energizer Holdings Inc.*, No.

CV123001GAFVBKX, 2013 WL 11232100, at *7 (C.D. Cal. Oct. 22, 2013), *aff'd sub nom.*

*NYKO Techs., Inc. v. Energizer Holdings, Inc.*, 589 F. App'x 987 (Fed. Cir. 2015).)

Plaintiff and Mr. Navid undisputedly disclosed the charge base without adapters claimed in the '848 patent to the public and offered it for sale in January 2007. Plaintiff and Mr. Navid did not file a patent application on the charge base without adapters within a year of the January 2007 public use and offer for sale. Instead, Plaintiff, Mr. Navid, and Plaintiff's counsel filed U.S. Provisional Application 60/982,364 (the "'364 Provisional") in October of 2007 which disclosed a charge base with adapters. The '364 Provisional did not include or disclose the charge base without adapters. In fact, this Court previously found there was no genuine dispute as to any material fact with respect to the fact that the '364 Provisional failed to include disclosure of the charge base without adapters.

In March of 2008, more than a year after Plaintiff's public use and offer for sale of the charge base without adapters, Plaintiff, Mr. Navid, and Plaintiff's counsel filed U.S. Application No. 12/044,295 (the "'295 Application") (which later issued as the '848 patent). The '295 Application added 5 new figures of the charge base without adapters that were not in the '364 Provisional, claims directed to the charge base without adapters, and several additional pages of related disclosure directed to the newly claimed subject matter. The only reasonable inference is that Plaintiff added these new figures and disclosure because it knew the charge base without adapters was not included in or covered by '364 Provisional. The new disclosure and figures were added despite the charge base being publicly disclosed and offered for sale more than one year before the filing date of the '295 Application, and despite the new disclosure and figures not being supported by the '364 Provisional.

Plaintiff can hardly argue the similarities are coincidental. Plaintiff, Mr. Navid, and Plaintiff's counsel added (and claimed) the charge base without adapters (that was publicly disclosed and offered for sale more than year earlier) to the '295 Application and then incorrectly claimed priority to the '364 Provisional Application in an attempt to improperly back date the filing of the '295 Application to get around the on-sale and public-use bars to patentability. This is inequitable conduct. Plaintiff and Mr. Navid continued this deceit by choosing not to disclose the product (*i.e.*, the charge base without adapters), its prior public use, and their offer to sell it over a year earlier to the PTO. In summary, not only did Plaintiff, Mr. Navid, and Plaintiff's counsel attempt to hide the addition of new subject matter not disclosed in the '364 Provisional to the '295 Application via an improper priority claim, they chose not to disclose the material fact that the new subject matter they added and claimed was publicly disclosed and offered for sale more than a year earlier.

Both intent to deceive and materiality can be inferred here. Intent to deceive can be inferred because it is the single most reasonable inference. Plaintiff, Mr. Navid, and Plaintiff's counsel added 5 new figures that were not in the provisional application as well as several additional pages of disclosure and claims directed to the charge base without adapters. The only reasonable explanation is that Plaintiff, Mr. Navid, and Plaintiff's counsel knew the charge base without adapters was not already disclosed in the '364 Provisional and therefore not entitled to the benefit of its priority date. Otherwise, Plaintiff, Mr. Navid, and Plaintiff's counsel would not have added the 5 figures and multiple pages of additional disclosure to cover the previously undescribed charge base without adapters. There would have been no motivation to add the additional figures depicting the charge base without adapters but for Plaintiff, Mr. Navid, and Plaintiff's counsel's realization that the its description in the '364 Provisional was insufficient.

Materiality can also be inferred here because several of the claims in the '848 Patent would not have issued if Applicants had told the PTO about the public disclosure and offers for sale of the Charge Base as required by 37 CFR § 1.56.

Plaintiff and Mr. Navid should not receive the benefit of their deceit. Inequitable conduct with respect to any claims of a patent renders the entire patent unenforceable, regardless of whether the inequitable conduct directly impacted the claims at issue. The doctrine of infectious unenforceability would also render the '832 and '344 patents unenforceable and is applicable here because all of the Asserted Patents are in the same family, share the same disclosure, and claim priority to the '364 Provisional. HORI reserves its right to assert any other enforceability defense as fact discovery progresses.

## VI.   DOCUMENT PRODUCTION ACCOMPANYING INITIAL INVALIDITY AND NON-INFRINGEMENT CONTENTIONS

Contemporaneously with these Initial Invalidity Contentions Defendant produces items of prior art identified in these contentions. These documents are produced at Bates label HORI_00000001-HORI_00002416. Defendant's January 7, 2022 production may be accessed by following the instructions set forth in the letter serving these Initial Invalidity Contentions.

Dated: January 7, 2022      Respectfully submitted,

**S**HEPPARD, **M**ULLIN, **R**ICHTER & **H**AMPTON **LLP**

By:  */s/ Jennifer Klein Ayers*

Daniel N. Yannuzzi (196612)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
12275 El Camino Real, Ste. 200
San Diego, CA 92130-4092
Office: (858) 720-8924
Fax: (858) 509-3691
dyannuzzi@sheppardmullin.com

Dominique Elizabeth Combs
SHEPPARD MULLIN RICHTER & HAMPTON LLP
12275 El Camino Real, Ste. 200
San Diego, CA 92130-4092
Office: (858) 720-8954
Fax: (858) 509-3691
dcombs@sheppardmullin.com

Jennifer Klein Ayers *(Pro Hac Vice)*
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2200 Ross Ave, 20th Floor
Dallas, Texas 75201
Office: (469) 391-7414
Fax: (469) 391-7401
jayers@sheppardmullin.com

Darren M. Franklin
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
Office: (213) 620-1780
Fax: (213) 620-1398
dfranklin@sheppardmullin.com

**ATTORNEYS FOR DEFENDANT
HORI (U.S.A.), INC.**

## CERTIFICATE OF SERVICE

I certify that on January 7, 2022, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **DEFENDANT HORI (U.S.A.), INC.'S INITIAL INVALIDITY CONTENTIONS** was served on all counsel of record via electronic mail as follows.

> Art Hasan, Esq.
> Siho "Scott" Yoo, Esq.
> LEWIS ROCA ROTHGERBER CHRISTIE LLP
> 655 North Central Avenue, Ste 2300
> Glendale, CA 91203
> ahasan@lewisroca.com
> syoo@lewisroca.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on January 7, 2022 at Dallas, Texas.

/s/ *Gaya K. Holman, Paralegal*
Gaya K. Holman

**PROOF OF SERVICE**

<u>CENTRAL DISTRICT OF CALIFORNIA</u>
<u>WESTERN DIVISION</u>

***OKYN Holdings, Inc. d/b/a NYKO Technologies v. HORI (U.S.A), Inc.***

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed at Shepperd, Mullin, Richter & Hampton, LLP in the County of Dallas, State of Texas. My business address is 2200 Ross Ave, 20th Floor, Dallas, TX 75201.

On January 7, 2022, I served true copies of the following document(s) described as **DEFENDANT HORI (U.S.A.), INC.'S INITIAL INVALIDITY CONTENTIONS** on the interested parties in this action as follows:

| | |
|---|---|
| Art Hasan, Esq.<br>Siho "Scott" Yoo, Esq.<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>655 North Central Avenue, Ste 2300<br>Glendale, CA 91203<br>Tel: (626) 795-9900; Fax: (626) 577-8800<br>ahasan@lewisroca.com<br>syoo@lewisroca.com | Attorneys for Plaintiff |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address gholman@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on January 7, 2022, at Dallas, Texas.

_____
*/s/ Gaya K. Holman*
Gaya K. Holman, Paralegal

-1-
Exhibit 2
-192-