# Exhibit 7

# Exhibit AA-3

Exhibit 7
-262-

Exhibit AA-3

**Exhibit AA-3 – Invalidity Chart for U.S. Patent No. 9,705,344 Based on Palmdock V**

The Palm V Organizer is a Personal Digital Assistant (PDA) device available to the public as early as July 23, 1998 by Palm Computing, Inc., a subsidiary of 3Com Corporation. The Palm V Organizer could be charged on the Palm V cradle (made available with the Palm V Organizer), or, with the use of a Palmdock V Adaptor, could be charged on Palm III cradles and/or other charging devices originally designed for use with the Palm III Organizer (for brevity, all such cradles and devices will hereinafter referred to as a "Palm III Cradle"). The Palmdock V Adapter is an adapter for the Palm V Organizer, created by Solvepoint Inc., that was available to the public as early as January 21, 2000. By attaching the Palmdock V Adaptor to a Palm V Organizer, the Palm V Organizer could be used with Palm III accessories, including the Palm III Cradle for charging. The Palm III Cradle is a PDA syncing and charging device, created by 3Com Corporation, available to the public as early as April 19, 1998. Hereinafter, the Palm V Organizer together with the Palmdock V Adapter and Palm III Cradle will collectively be referred to as, "Palmdock V"). Palm Computing, Inc. specialized in manufacturing PDAs and various other electronics, and was headquartered in Santa Clara, California of the United States of America. It was founded in 1992 and released PDAs since its inception. The Palmdock V therefore constitutes prior art under at least pre-AIA 35 U.S.C. §§ 102(a) and (b).

As shown in the claim chart below, the asserted claims of the '344 Patent are invalid under Pre-AIA 35 U.S.C. § 102 as anticipated by Palmdock V, and/or are invalid under Pre-AIA 35 U.S.C. § 103 as obvious in view of Palmdock V alone, or in combination with one or more other references identified in Defendant HORI (U.S.A.), Inc.'s Invalidity Contentions.

Defendant's Invalidity Contentions are based, in part, upon Defendant's present understanding of the asserted claims, Plaintiff's apparent interpretations of the asserted claims in its December 10, 2021 Disclosure of Asserted Claims and Initial Infringement Contentions, and Defendant's investigation to date. Citations to portions of any reference in this chart are exemplary only, and Defendant may rely on the entirety of the references cited herein to show that the asserted claims are invalid. Defendant is not adopting Plaintiff's constructions or apparent constructions, nor is Defendant admitting to the accuracy of any particular contention or construction. Defendant reserves all rights to amend this invalidity chart. Further, as Defendant's investigation and discovery are ongoing, Defendant reserves the right to amend or supplement this claim chart in connection with Defendant's ongoing investigation. To the extent that every element below is not explicitly or inherently disclosed by the prior art reference, this prior art reference in combination (1) with the knowledge of one of ordinary skill in the art, (2) common sense, or (3) with other prior art identified in Defendant's Invalidity Contentions renders the asserted claims obvious as described below and elsewhere in these Invalidity Contentions. The citations provided in the charts below are exemplary rather than exhaustive and Defendant reserves the right to rely upon additional references uncovered through further searching as well as other portions of the references cited in the Invalidity Contentions. These Invalidity Contentions are not an admission by Defendant that it infringes the asserted claims or has infringed the asserted claims in the past, particularly when these claims are properly construed.

1

Exhibit 7
-263-

Exhibit AA-3

The functionality of Palmdock V is described in the following appendices to this exhibit:

- Appendix 1: July 23, 1998 "Handbook for the Palm V Organizer" by 3Com Corporation.
- Appendix 2: April 29, 1999 Web.Archive.org capture of http://www.palm.com/products/palmv/index.html
- Appendix 3: February 28, 1999 "Palm V Review" by Julie Strietelmeier at https://the-gadgeteer.com/1999/02/28/palm_v_review/
- Appendix 4: January 21, 2000 "Palmdock V Review" by Julie Strietelmeier at https://the-gadgeteer.com/2000/01/21/palmdock_v_review/
- Appendix 5: "PalmDockV Review" by Robert Zach at https://www.palminfocenter.com/view_Story.asp?ID=555
- Appendix 6: June 28, 2013 "The Gadget We Miss: The Palm V" by Richard Baguley at https://medium.com/people-gadgets/the-gadget-we-miss-the-palm-v-a4af75b44de3
- Appendix 7: April 19, 1998 "Palm III Review" by Julie Strietelmeier at https://the-gadgeteer.com/1998/04/19/palm_iii_review/
- Appendix 8: December 8, 2003 Web.Archive.org capture of http://www.cases-cradles-cables.com/product_383_detailed.htm
- Appendix 9: December 8, 2003 Web.Archive.org capture of http://www.cases-cradles-cables.com/product_380_detailed.htm

| U.S. Patent No. 9,705,344 | |
| --- | --- |
| Claim 15 | |
| [15.pre] A video game controller charging system for charging video game controller having a power input port, the video game controller charging system comprising: | To the extent this preamble is considered a claim limitation, it is disclosed by Palmdock V, including at least the following exemplary references:<br><br> |

2

Exhibit 7
-264-

Exhibit AA-3

Appendix 2.

3

Exhibit 7
-265-

Exhibit AA-3

The philosopher Plato believed that all things have a perfect form, an abstract ideal that represents the essence of the thing in its purest form. Although the perfect form is unattainable in the physical world, the Palm V probably represents the closest that we have come to the perfect form of the stand-alone PDA.



The Palm V / Amazon

Launched in 1999, the Palm V was, as the name suggests, the fifth model in a series of PDAs (Personal Digital Assistants) from the eponymous company. It represents something of a departure, with the Californian manufacturer working with an outside design firm for the first time. The design company IDEO brought a new approach to the table: while previous models had been chunky and more about function than fun, the Palm V was thin, sleek and stylish. Gone was the dull grey plastic, replaced with an anodized aluminum case that offset the monochrome LCD screen. The awkward plastic cover was replaced with a leather flip cover. Rather than standard AAA batteries, the Palm V used a built-in Lithium Ion battery that was recharged when the device was in its distinctive stand. Technical changes aside, the new Palm V just looked cooler than the other kids in PDA school.

4

Exhibit 7
-266-

Exhibit AA-3



Appendix 6.

**Locating back panel components**

IR port

Reset
button

Serial
connector

Side
channel
for stylus
or cover

Appendix 1 at pg 8.

5

Exhibit 7
-267-

Exhibit AA-3



**Tip:** The bottom edge of the organizer should align smoothly with the cradle when it is inserted properly.

4. Press the HotSync button 𝄞 on the cradle to open the New User dialog box.

*Id.* at pg 60.

6

Exhibit 7
-268-

Exhibit AA-3

**Serial connector**   Connects your organizer to the cradle, which in turn connects to the back of your computer and through the AC adapter to the wall current. This allows you to recharge your Palm V organizer as well as update the information between your organizer and computer using HotSync technology.

Note:   The cradle must be plugged into the serial (COM) port at the back of your computer.



Your Palm V organizer requires a dedicated port. It cannot share a port with an internal modem or other device. If you are unsure about the exact location of the serial port on your computer, refer to the user's manual supplied with the computer.

*Id.* at pg 9.

7

Exhibit 7
-269-

Exhibit AA-3



An additional connection is made from the back of the cradle's serial (COM) port connector to the AC adapter which plugs into any AC current outlet.

AC adapter

## Recharging the battery

The Palm V organizer contains a Lithium-ion battery that is recharged each time you place the organizer in the cradle. You never need to replace the battery. Just place your Palm V organizer in the cradle for three hours for an initial charge before you use your organizer. Then place it in the cradle for a few minutes each day to recharge the battery to full capacity.

If the battery gets low, your Palm V organizer displays a warning message. If this occurs, perform a HotSync operation and then recharge the battery as soon as possible. If your Palm V organizer shuts down, you still have about a week to recharge the battery before you lose the data on your organizer.

*Id.* at pg 10.

8

Exhibit 7
-270-

Exhibit AA-3

# Installing and removing applications

This section explains how to install and remove applications on your Palm V organizer and how to remove Palm™ Desktop software from your computer.

## Installing add-on applications

Your Palm V organizer comes with the Date Book, Address Book, To Do List, Memo Pad, Expense, Calculator, and Mail applications installed and ready to use.

You can also install additional applications on your organizer, such as games and other software. The Install Tool makes it easy to install software on your Palm V organizer during a HotSync® operation. There are a variety of third-party applications available for your Palm V organizer. To learn more about these applications, go to the web site: http://www.palm.com.

Note:   Any game or application that you install on your organizer resides in RAM memory; you can delete them at any time.

**To install add-on software on your organizer:**

1. On your computer, copy or download the application you want to install into the add-on folder in your Palm Desktop directory on your computer.

Note:   If the software you download is compressed, you need to decompress it into this folder. If you prefer to place the application into another folder, you need to navigate to that folder before you complete step 5.

2. Double-click the Palm Desktop icon on your desktop.

*Id.* at pg 42.

9

Exhibit 7
-271-

Exhibit AA-3

## Installing games

The CD-ROM also includes several games that you can install with the Palm Install Tool:

- Giraffe
- HardBall
- MineHunt
- Puzzle
- SubHunt

**Note:** Giraffe is a fun, easy way for you to practice Graffiti® writing.

After you install and start a game, the instructions appear in the Game menu. Depending on the game, the Game menu may also contain commands to show high scores, to start a new game, or to set preferences for the game.

*Id.* at pg 44.

10

Exhibit 7
-272-





The hotsync cradle is a bit smaller than the Palm III cradle. It has a black plastic shell over an aluminum base. It has a nice heft to it and doesn't scoot around on your desk. There is still the familiar hotsync button on the front that you can press to initiate syncing. The button is easier to press now that it is concave. It also doesn't feel cheap and wiggly like the Palm III's cradle hotsync button. The hotsync cradle also doubles as the recharging station. Yes, no more AAA batteries, the Palm V has a lithium-ion rechargeable battery. There is a bright green LED on the front of the cradle that glows when your Palm V is in the cradle. The LED is hollow and allows you to put your stylus in it like a little ink well. There is a nice long cable attached to the cradle with a 9pin serial connector at the end (a 25 pin adapter is also included). This connector is special because you plug the AC adapter into it. One end of the AC adapter plugs into your wall outlet and the other end plugs into the 9pin serial connector.

Appendix 3.

11

Exhibit AA-3

Exhibit 7
-273-



Appendix 7.

**Palm IIIc HotSync Cradle and AC Adapter**

**For Palm IIIc Models**

Appendix 9.

12

Exhibit AA-3

Exhibit 7
-274-





Appendix 3.

13

Exhibit AA-3

Exhibit 7
-275-

Exhibit AA-3

| | |
|---|---|
| | **Palm V / Vx Serial HotSync Cradle and AC Adapter**<br><br>**For Palm V / Vx Models**<br><br><br><br>Appendix 8.<br><br>To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently). |
| [15.a] at least one adapter comprising: | This limitation is disclosed by Palmdock V, including at least the following exemplary references: |

14

Exhibit 7
-276-

Exhibit AA-3

## PalmDockV Review
### By Robert Zach



So you upgraded from a Palm III series to a Palm V/Vx? Well, if you are like me you have many Palm III accessories that are now useless! Well hold on, enter the PalmDockV!

This creative plastic molding actually allows you to attach Palm III accessories to the PalmV chassis. This is accomplished by simply attaching the PalmDock to the serial port of the PalmV.

The unit slips positively onto the base of the Palm V and is held securely in place by a latch that covers the two nibs found on the back of any Palm V/Vx. To remove the unit, simply flip the unit over to the grip area of the release mechanism and press while sliding the unit off the back. This is completed in one quick motion by simply using your thumbs.



The PalmDockV fits so securely that the unit can remain attached to the Palm V/Vx and still slip comfortably into your pocket. And, although the Palm V/Vx with the unit attached will not fit in most cases currently available, it is still very compact. I utilize the 3Com provide flap cover, instead of a case, so that the unit will remain a size to fit in my pocket, and with the PalmDockV attached it still can.

In fact, Solvepoint engineers must have had this in mind when they created the unit. Unlike other types of adapters, the pins on the PalmDockV utilize a raised channel system that prevents something like a quarter in your pocket from shorting out the pins, and potentially destroying your Palm V/Vx.

Appendix 5.

15

Exhibit 7
-277-

Exhibit AA-3



The Palmdock V clips securely to the bottom of the Palm V/Vx and turns it into a Palm III. It actually looks like someone cut the bottom off a black Palm III and glued it to the bottom of a Palm V. The dock adds less than an inch to the overall length of the Palm V/Vx and is made of a light weight black plastic.

Appendix 4.

16

Exhibit 7
-278-

Exhibit AA-3

Snapping the Palmdock on and off the Palm V is quick and easy. Putting it on is just a matter of sliding it on till it snaps in place. To take it off, you have to press in on the back of the Palmdock and then slide it off.



*Id.*

17

Exhibit 7
-279-

Exhibit AA-3

| | |
|---|---|
| | Once it is on, it will allow you to use your Palm V with a PalmPilot/Palm III cradle, hotsync cable, PalmPilot modem, GoType! keyboard and other accessories that connect to the hotsync port. I tested it with the PalmPilot modem, PalmPilot cradle, and hotsync cable. The modem worked just fine.<br><br><br><br>Here's where things get a little wacky though... The Palmdock V only has 5 of the 10 pins installed in the hotsync connector. It has pins 3,4,5,6 and 10. What<br><br>*Id.*<br><br>To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently). |
| [15.b] a body; | This limitation is disclosed by Palmdock V, including at least the following exemplary references: |

18

Exhibit 7
-280-

Exhibit AA-3



The Palmdock V clips securely to the bottom of the Palm V/Vx and turns it into a Palm III. It actually looks like someone cut the bottom off a black Palm III and glued it to the bottom of a Palm V. The dock adds less than an inch to the overall length of the Palm V/Vx and is made of a light weight black plastic.

Appendix 4.

19

Exhibit 7
-281-

Exhibit AA-3



Snapping the Palmdock on and off the Palm V is quick and easy. Putting it on is just a matter of sliding it on till it snaps in place. To take it off, you have to press in on the back of the Palmdock and then slide it off.

*Id.*

20

Exhibit 7
-282-

Exhibit AA-3

| | |
|---|---|
| | Once it is on, it will allow you to use your Palm V with a PalmPilot/Palm III cradle, hotsync cable, PalmPilot modem, GoType! keyboard and other accessories that connect to the hotsync port. I tested it with the PalmPilot modem, PalmPilot cradle, and hotsync cable. The modem worked just fine.<br><br><br><br>Here's where things get a little wacky though... The Palmdock V only has 5 of the 10 pins installed in the hotsync connector. It has pins 3,4,5,6 and 10. What<br><br>*Id.*<br><br>To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently). |
| [15.c] a connector fixed to the body and configured to removably and electrically couple the adapter to the power input port of the video game | This limitation is disclosed by Palmdock V, including at least the following exemplary references: |

21

Exhibit 7<br>-283-

Exhibit AA-3

controller, thereby mechanically
mounting the body of the adapter
to the video game controller via
the power input port; and




The Palmdock V clips securely to the bottom of the Palm V/Vx and turns it into a Palm III. It actually looks like someone cut the bottom off a black Palm III and glued it to the bottom of a Palm V. The dock adds less than an inch to the overall length of the Palm V/Vx and is made of a light weight black plastic.

Appendix 4.

22

Exhibit 7
-284-

Exhibit AA-3

Snapping the Palmdock on and off the Palm V is quick and easy. Putting it on is just a matter of sliding it on till it snaps in place. To take it off, you have to press in on the back of the Palmdock and then slide it off.



*Id.*

23

Exhibit 7
-285-

Exhibit AA-3

Once it is on, it will allow you to use your Palm V with a PalmPilot/Palm III cradle, hotsync cable, PalmPilot modem, GoType! keyboard and other accessories that connect to the hotsync port. I tested it with the PalmPilot modem, PalmPilot cradle, and hotsync cable. The modem worked just fine.



Here's where things get a little wacky though... The Palmdock V only has 5 of the 10 pins installed in the hotsync connector. It has pins 3,4,5,6 and 10. What

*Id.*

24

Exhibit 7
-286-

Exhibit AA-3

**PalmDockV Review**
**By Robert Zach**

So you upgraded from a Palm III series to a Palm V/Vx? Well, if you are like me you have many Palm III accessories that are now useless! Well hold on, enter the PalmDockV!

This creative plastic molding actually allows you to attach Palm III accessories to the PalmV chassis. This is accomplished by simply attaching the PalmDock to the serial port of the PalmV.

The unit slips positively onto the base of the Palm V and is held securely in place by a latch that covers the two nibs found on the back of any Palm V/Vx. To remove the unit, simply flip the unit over to the grip area of the release mechanism and press while sliding the unit off the back. This is completed in one quick motion by simply using your thumbs.



The PalmDockV fits so securely that the unit can remain attached to the Palm V/Vx and still slip comfortably into your pocket. And, although the Palm V/Vx with the unit attached will not fit in most cases currently available, it is still very compact. I utilize the 3Com provide flap cover, instead of a case, so that the unit will remain a size to fit in my pocket, and with the PalmDockV attached it still can.

In fact, Solvepoint engineers must have had this in mind when they created the unit. Unlike other types of adapters, the pins on the PalmDockV utilize a raised channel system that prevents something like a quarter in your pocket from shorting out the pins, and potentially destroying your Palm V/Vx.

Appendix 5.

To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or

25

Exhibit 7
-287-

Exhibit AA-3

| | inherently). |
|---|---|
| [15.d] at least one electrical lead electrically coupled to the connector via the body; and | This limitation is disclosed by Palmdock V, including at least the following exemplary references:<br><br><br><br>The Palmdock V clips securely to the bottom of the Palm V/Vx and turns it into a Palm III. It actually looks like someone cut the bottom off a black Palm III and glued it to the bottom of a Palm V. The dock adds less than an inch to the overall length of the Palm V/Vx and is made of a light weight black plastic. Appendix 4. |

26

Exhibit 7<br>-288-

Exhibit AA-3

## PalmDockV Review
### By Robert Zach

So you upgraded from a Palm III series to a Palm V/Vx? Well, if you are like me you have many Palm III accessories that are now useless! Well hold on, enter the PalmDockV!

This creative plastic molding actually allows you to attach Palm III accessories to the PalmV chassis. This is accomplished by simply attaching the PalmDock to the serial port of the PalmV.

The unit slips positively onto the base of the Palm V and is held securely in place by a latch that covers the two nibs found on the back of any Palm V/Vx. To remove the unit, simply flip the unit over to the grip area of the release mechanism and press while sliding the unit off the back. This is completed in one quick motion by simply using your thumbs.



The PalmDockV fits so securely that the unit can remain attached to the Palm V/Vx and still slip comfortably into your pocket. And, although the Palm V/Vx with the unit attached will not fit in most cases currently available, it is still very compact. I utilize the 3Com provide flap cover, instead of a case, so that the unit will remain a size to fit in my pocket, and with the PalmDockV attached it still can.

In fact, Solvepoint engineers must have had this in mind when they created the unit. Unlike other types of adapters, the pins on the PalmDockV utilize a raised channel system that prevents something like a quarter in your pocket from shorting out the pins, and potentially destroying your Palm V/Vx.

Appendix 5.

To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or

27

Exhibit 7
-289-

Exhibit AA-3

| | inherently). |
|---|---|
| [15.c] a base comprising: | This limitation is disclosed by Palmdock V, including at least the following exemplary references:<br><br><br><br>The hotsync cradle is a bit smaller than the Palm III cradle. It has a black plastic shell over an aluminum base. It has a nice heft to it and doesn't scoot around on your desk. There is still the familiar hotsync button on the front that you can press to initiate syncing. The button is easier to press now that it is concave. It also doesn't feel cheap and wiggly like the Palm III's cradle hotsync button. The hotsync cradle also doubles as the recharging station. Yes, no more AAA batteries, the Palm V has a lithium-ion rechargeable battery. There is a bright green LED on the front of the cradle that glows when your Palm V is in the cradle. The LED is hollow and allows you to put your stylus in it like a little ink well. There is a nice long cable attached to the cradle with a 9pin serial connector at the end (a 25 pin adapter is also included). This connector is special because you plug the AC adapter into it. One end of the AC adapter plugs into your wall outlet and the other end plugs into the 9pin serial connector. |

28

Exhibit 7<br>-290-

Exhibit AA-3

Appendix 3.

The AC adaptor is a 120 VAC input, and 4.1V @ 400 mA & 6V @ 100 mA output.  The Palm V battery voltage reports 4.05V when fully charged.  You do not need to have the AC adapter plugged in in order to hotsync.





The Palm V slides in and out of the cradle easily. The first time you use your Palm V, you will need to charge the internal lithium-ion battery for 3hrs. Dontcha just hate getting a new toy that you can't play with right out of the box? It drove me crazy waiting those first 3hrs :-). After the initial charge, you will only need to put the Palm V in the cradle for a few minutes a day to re-charge it. According to the manual, the battery will never need replacing. When your battery gets low, a warning will be displayed. If your Palm V shuts down due to low power, you will have up to 1 week to charge the battery before losing all your data. That's alot better than the 5mins or so that we had with the previews Palm devices.

*Id.*

To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in

29

Exhibit 7
-291-

Exhibit AA-3

| | that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently). |
|---|---|
| [15.f] a power input for connection to a power supply; and | This limitation is disclosed by Palmdock V, including at least the following exemplary references: |

30

Exhibit 7
-292-

Exhibit AA-3





The hotsync cradle is a bit smaller than the Palm III cradle. It has a black plastic shell over an aluminum base. It has a nice heft to it and doesn't scoot around on your desk. There is still the familiar hotsync button on the front that you can press to initiate syncing. The button is easier to press now that it is concave. It also doesn't feel cheap and wiggly like the Palm III's cradle hotsync button. The hotsync cradle also doubles as the recharging station. Yes, no more AAA batteries, the Palm V has a lithium-ion rechargeable battery. There is a bright green LED on the front of the cradle that glows when your Palm V is in the cradle. The LED is hollow and allows you to put your stylus in it like a little ink well. There is a nice long cable attached to the cradle with a 9pin serial connector at the end (a 25 pin adapter is also included). This connector is special because you plug the AC adapter into it. One end of the AC adapter plugs into your wall outlet and the other end plugs into the 9pin serial connector.

Appendix 3.

To the extent this element is found not to be explicitly disclosed in the reference that is the subject

31

Exhibit 7
-293-

Exhibit AA-3

| | |
|---|---|
| | of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently). |
| [15.g] at least one docking bay defining a recess of a shape configured to mate with the adapter body and including at least one electrical contact electrically coupled to the power input and configured to electrically contact the at least one electrical lead of the adapter when the adapter body and recess are mated with one another, | This limitation is disclosed by Palmdock V, including at least the following exemplary references:  Appendix 7. |

32

Exhibit 7
-294-

Exhibit AA-3



**Palm IIIc HotSync Cradle and AC Adaper**

**For Palm IIIc Models**

Appendix 9.

33

Exhibit 7
-295-



Appendix 3.

34

Exhibit AA-3

Exhibit 7
-296-

Exhibit AA-3

# Palm V / Vx Serial HotSync Cradle and AC Adapter

## For Palm V / Vx Models



Appendix 8.

35

Exhibit 7
-297-

Exhibit AA-3



The Palmdock V clips securely to the bottom of the Palm V/Vx and turns it into a Palm III. It actually looks like someone cut the bottom off a black Palm III and glued it to the bottom of a Palm V. The dock adds less than an inch to the overall length of the Palm V/Vx and is made of a light weight black plastic.

Appendix 4.

36

Exhibit 7
-298-

Exhibit AA-3



Snapping the Palmdock on and off the Palm V is quick and easy. Putting it on is just a matter of sliding it on till it snaps in place. To take it off, you have to press in on the back of the Palmdock and then slide it off.

*Id.*

37

Exhibit 7
-299-

Exhibit AA-3

Once it is on, it will allow you to use your Palm V with a PalmPilot/Palm III cradle, hotsync cable, PalmPilot modem, GoType! keyboard and other accessories that connect to the hotsync port. I tested it with the PalmPilot modem, PalmPilot cradle, and hotsync cable. The modem worked just fine.



Here's where things get a little wacky though... The Palmdock V only has 5 of the 10 pins installed in the hotsync connector. It has pins 3,4,5,6 and 10. What

*Id.*

38

Exhibit 7
-300-

Exhibit AA-3

Speaking of hotsyncing, the cradle has been styled a little differently as well. The new cradle will not accommodate a PalmPilot, but the older cradle will work with the new Palm III. The new cradle is just as easy to use as the old one.




Appendix 7.

39

Exhibit 7
-301-

Exhibit AA-3

The AC adaptor is a 120 VAC input, and 4.1V @ 400 mA & 6V @ 100 mA output.  The Palm V battery voltage reports 4.05V when fully charged.  You do not need to have the AC adapter plugged in in order to hotsync.





The Palm V slides in and out of the cradle easily. The first time you use your Palm V, you will need to charge the internal lithium-ion battery for 3hrs. Dontcha just hate getting a new toy that you can't play with right out of the box? It drove me crazy waiting those first 3hrs :-). After the initial charge, you will only need to put the Palm V in the cradle for a few minutes a day to re-charge it. According to the manual, the battery will never need replacing. When your battery gets low, a warning will be displayed. If your Palm V shuts down due to low power, you will have up to 1 week to charge the battery before losing all your data. That's alot better than the 5mins or so that we had with the previews Palm devices.

Appendix 3.

To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the

40

Exhibit 7
-302-

Exhibit AA-3

| [15.h] wherein the at least one adapter includes a plurality of electrical leads and the at least one docking bay includes a corresponding plurality of electrical contacts, wherein the at least one adapter is of a shape that generally coincides with the shape of the recess of the at least one docking bay such that her the adapter is mated with the recess, the plurality of electrical contacts aligns with and electrically contacts the corresponding plurality of electrical leads. | references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently). |
|---|---|
| | This limitation is disclosed by Palmdock V, including at least the following exemplary references:   Appendix 7. |

41

Exhibit 7
-303-



# Palm IIIc HotSync Cradle and AC Adaper

## For Palm IIIc Models

Appendix 9.

42

Exhibit AA-3

Exhibit 7
-304-



Exhibit AA-3



Appendix 3.

43

Exhibit 7
-305-

Exhibit AA-3



# Palm V / Vx Serial HotSync Cradle and AC Adapter

## For Palm V / Vx Models

Appendix 8.

44

Exhibit 7
-306-

Exhibit AA-3



The Palmdock V clips securely to the bottom of the Palm V/Vx and turns it into a Palm III. It actually looks like someone cut the bottom off a black Palm III and glued it to the bottom of a Palm V. The dock adds less than an inch to the overall length of the Palm V/Vx and is made of a light weight black plastic.

Appendix 4.

45

Exhibit 7
-307-

Exhibit AA-3



Snapping the Palmdock on and off the Palm V is quick and easy. Putting it on is just a matter of sliding it on till it snaps in place. To take it off, you have to press in on the back of the Palmdock and then slide it off.

*Id.*

46

Exhibit 7
-308-

Exhibit AA-3

Once it is on, it will allow you to use your Palm V with a PalmPilot/Palm III cradle, hotsync cable, PalmPilot modem, GoType! keyboard and other accessories that connect to the hotsync port. I tested it with the PalmPilot modem, PalmPilot cradle, and hotsync cable. The modem worked just fine.



Here's where things get a little wacky though... The Palmdock V only has 5 of the 10 pins installed in the hotsync connector. It has pins 3,4,5,6 and 10. What

*Id.*

47

Exhibit 7
-309-

Exhibit AA-3

Speaking of hotsyncing, the cradle has been styled a little differently as well. The new cradle will not accommodate a PalmPilot, but the older cradle will work with the new Palm III. The new cradle is just as easy to use as the old one.




Appendix 7.

48

Exhibit 7
-310-

Exhibit AA-3

The AC adaptor is a 120 VAC input, and 4.1V @ 400 mA & 6V @ 100 mA output.   The Palm V battery voltage reports 4.05V when fully charged.   You do not need to have the AC adapter plugged in in order to hotsync.





The Palm V slides in and out of the cradle easily. The first time you use your Palm V, you will need to charge the internal lithium-ion battery for 3hrs. Dontcha just hate getting a new toy that you can't play with right out of the box? It drove me crazy waiting those first 3hrs :-). After the initial charge, you will only need to put the Palm V in the cradle for a few minutes a day to re-charge it. According to the manual, the battery will never need replacing. When your battery gets low, a warning will be displayed. If your Palm V shuts down due to low power, you will have up to 1 week to charge the battery before losing all your data. That's alot better than the 5mins or so that we had with the previews Palm devices.

Appendix 3.

To the extent this element is found not to be explicitly disclosed in the reference that is the subject of this chart, one of ordinary skill in the art would find this element to be inherently disclosed in that reference. In addition, this element is rendered obvious in combination with common sense, the knowledge of one of ordinary skill in the art alone, or also in combination with any of the

49

Exhibit 7
-311-

Exhibit AA-3

references cited in these Invalidity Contentions with respect to this element (whether expressly or inherently).

50

Exhibit 7
-312-