**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HORI (U.S.A.), INC., a California corporation,<br><br>Defendant. | Case No. 2:21-cv-04796-AB-PD<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE |
| HORI (U.S.A.), INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>OKYN HOLDINGS, INC. dba NYKO TECHNOLOGIES,<br><br>Counterclaim Defendant. | **Hon. André Birotte, Jr.** |

126056731.1

-1-

1  Pursuant to the Parties' stipulation under Federal Rule of Civil Procedure
2  41(a)(1)(ii), this action is **DISMISSED WITH PREJUDICE** as to all claims for
3  relief, causes of action, and parties. The Court retains jurisdiction to enforce the
4  settlement agreement. The Clerk is Directed to close the file.

**IT IS SO ORDERED.**

Dated: September 11, 2024            _____
                                      Hon. André Birotte Jr.
                                      United States District Judge

-1-

126056731.1